# Exhibit 7



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data – September 30, 2011

1. Total requests filed since start of *inter partes* reexam on 11/29/99 .......................................................... 1389[1]

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 250 | 18% |
   | b. Electrical Operation | 722 | 52% |
   | c. Mechanical Operation | 401 | 29% |
   | d. Design Patents | 16 | 1% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 258 |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 | 2010 | 281 |
   | 2002 | 4 | 2005 | 59 | 2008 | 168 | 2011 | 374 |

4. Number known to be in litigation……………...……….…………………….……..974………………....70%

5. Decisions on requests ................................................................................................................................. 1246

   a. No. granted ..................................................................................................... 1187 ........................... 95%

      (1) By examiner        1178
      (2) By Director (on petition)   9

   b. No. not granted .................................................................................................. 59 ............................. 5%

      (1) By examiner        54
      (2) Reexam vacated     5

6. Overall reexamination pendency (Filing date to certificate issue date)
   a. Average pendency           36.2 (mos.)
   b. Median pendency            32.9 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ........................................................... 305

   | | | |
   |---|---|---|
   | a. Certificates with all claims confirmed | 35 | 11% |
   | b. Certificates with all claims canceled (or disclaimed) | 133 | 44% |
   | c. Certificates with claims changes | 137 | 45% |

---

[1] Of the requests received in FY 2011, 3 requests have not yet been accorded a filing date, and 5 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).