# Exhibit 9

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

In re Reexamination of Patent No. 7,499,716)

|  |  |  |
|---|---|---|
| | ) | |
| RICHARD J. HELFERICH | ) | Examiner: Ovidio Escalante |
| | ) | |
| Serial No. 90/009,880 | ) | Art Unit: 3992 |
| | ) | |
| Filed: February 25, 2011 | ) | Confirmation No.: 4977 |

For:    SYSTEM AND METHOD FOR DELIVERING INFORMATION TO A
        TRANSMITTING AND RECEIVING DEVICE

## SUPPLEMENTAL
## REQUEST FOR RECONSIDERATION AFTER FINAL OFFICE ACTION
## PURSUANT TO 37 C.F.R. §§ 1.116 & 1.530

Mail Stop Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Examiner:

    This response supplements Patentee's October 5, 2011 "Request for Reconsideration after Final Office Action Pursuant to 37 C.F.R. §§ 1.116 & 1.530." No substantive changes are presented herein. Instead, this paper includes a copy of the claims filed in Patentee's prior submission with all claim changes shown by marking as required by 37 C.F.R. § 1.530(f). No fees are believed due herewith.

    **Amendments to the Claims** begin on **page 2.**

    **Remarks** begin on **page 26.**

October 13, 2011                                              Control No. 90/009,880
Page 2                                                                    Helferich

## PATENTEE PROPOSED AMENDMENTS TO THE CLAIMS
## PURSUANT TO 37 C.F.R. §§ 1.530(d)-(f)

Pursuant to 37 C.F.R. § 1.530(d), Patentee respectfully requests that certain of the claims of this patent be changed according to the proposed amendments specified below. Pursuant to § 1.530(d)(2), Patentee includes the entire text of each patent claim which is being proposed to be changed by this amendment, together with a parenthetical providing the claim status, and markups showing the claim changes (as set forth in § 1.530(f)). Pursuant to § 1.530(e), Patentee previously submitted on separate pages in **Appendix 1** of Patentee's October 5, 2011 response, the status, as of the date of this amendment, of all patent claims and all added claims, and an explanation of the support in the disclosure of the patent for the changes to the claims made by this amendment. No amendment enlarges the scope of the claims or introduces new matter. In addition, previously confirmed dependent claims 2, 16, 19, 20, 22, 31, 34, 35, 38, 43, 48, 52, and 58 are simply amended to recite the features of the original independent claim on which they depend. Accordingly, these claims, as amended, are ***identical*** to the original, issued claims. *See* 37 C.F.R. § 1.75

1.      (Amended) A method of content communication, comprising:

receiving a notification at a cell phone, the notification at least identifying content intended for the cell phone and identifying the content's location, and identifying the type of content from among at least text, image, audio, and video content;

alerting a user of the cell phone that the notification has been received;

receiving input from the user indicating that the content should be downloaded to the cell phone;

generating a request signal including a request to download the content;

sending the request signal from the cell phone to the identified content's location so that the desired content may be downloaded to the phone; and

receiving the desired content to the cell phone only in response to sending the request signal.

2.        (Amended) [The method of claim 1,] A method of content communication, comprising:

receiving a notification at a cell phone, the notification at least identifying content intended for the cell phone and identifying the content's location, and identifying the type of content from among at least text, image, audio, and video content;

alerting a user of the cell phone that the notification has been received;

receiving input from the user indicating that the content should be downloaded to the cell phone;

generating a request signal including a request to download the content;

sending the request signal from the cell phone so that the desired content may be downloaded to the phone; and

receiving the desired content to the cell phone only in response to sending the request signal;

wherein identification of the content's location includes an address of a computer system, and wherein the notification specifies a time that the content is available.

3.        (Original) The method of claim 1, further comprising the cell phone alerting the user to the receipt of the requested content.

4.        (Original) The method of claim 1, wherein identification of the content's location includes a system identification.

5.        (Original) The method of claim 1, wherein the request signal includes at least a portion of the notification.

6.        (Original) The method of claim 5, wherein the request signal includes at least that portion of the notification that identifies the content's location.

7.        (Original) The method of claim 1 further comprising receiving input from the user specifying a desired command to be performed on the content identified, wherein the

desired command is chosen from a plurality of commands permanently stored in the cell phone.

8.      (Original) The method of claim 7 wherein the plurality of commands permanently stored in the cell phone include at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

9.      (Original) The method of claim 7 further comprising generating and sending a request signal which includes the desired command from the cell phone so that the desired command may be performed on the content identified.

10.     (Original) The method of claim 9 wherein the cell phone receives confirmation that the desired command was executed and alerts the user to receipt of the conformation, wherein the alert includes one or more of an audible sound, a vibration, or display of a image.

11.     (Original) The method of claim 1 wherein the desired content received at the cell phone is deleted without deleting the notification.

12.     (Original) The method of claim 1 wherein the content comprises a video message and wherein the cell phone is adapted to play the video message.

13.     (Original) The method of claim 1 wherein the content comprises music and wherein the cell phone is adapted to play the music in response to a user input.

14.     (Original) The method of claim 1 wherein the content comprises a game and wherein the cell phone is adapted to play the game in response to a user input.

15.     (Amended) A content communication system, comprising:
                a memory configured to store content;

a memory controller including a processor coupled to the memory configured to cause a paging data signal to be directed to a cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the content and the content's location, and a type identifier that identifies the content's type;

wherein the memory controller is configured to direct the content corresponding to the content identifier from the memory to the cell phone only upon receiving a request from the cell phone at the identified content's location, to do so.

16.     (Amended) [The system of claim 15,] A content communication system, comprising:

a memory configured to store content;

a memory controller including a processor coupled to the memory configured to cause a data signal to be directed to a cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the content and the content's location, and a type identifier that identifies the content's type;

wherein the memory controller is configured to direct the content corresponding to the content identifier from the memory to the cell phone only upon receiving a request from the cell phone to do so;

wherein the memory controller is configured to execute a command sent from the cell phone, the execution being performed on the content prior to the system directing the content to the cell phone and comprising at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

17.     (Original) The system of claim 15, wherein the content comprises at least one of the following: audio, voice, music, image, graphic, text, video, application or data.

18.     (Original) The system of claim 15, wherein the cell phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular packet data network, or a personal communications services network (PCS).

19.     (Amended) [The system of claim 15,] A content communication system, comprising:

a memory configured to store content;

a memory controller including a processor coupled to the memory configured to cause a data signal to be directed to a cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the content and the content's location, and a type identifier that identifies the content's type;

wherein the memory controller is configured to direct the content corresponding to the content identifier from the memory to the cell phone only upon receiving a request from the cell phone to do so;

wherein the data signal comprises a plurality of address identifiers identifying a plurality of cell phones.

20.     (Amended) [The system of claim 15,] A content communication system, comprising:

a memory configured to store content;

a memory controller including a processor coupled to the memory configured to cause a data signal to be directed to a cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the content and the content's location, and a type identifier that identifies the content's type;

wherein the memory controller is configured to direct the content corresponding to the content identifier from the memory to the cell phone only upon receiving a request from the cell phone to do so;

wherein the data signal comprises an address signal identifying a plurality of cell phones.

21.     (Original) The system of claim 15, wherein the memory is coupled to the Internet.

22.     (Amended) [The system of claim 15,] A content communication system, comprising:

a memory configured to store content;

a memory controller including a processor coupled to the memory configured to cause a data signal to be directed to a cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the content and the content's location, and a type identifier that identifies the content's type;

wherein the memory controller is configured to direct the content corresponding to the content identifier from the memory to the cell phone only upon receiving a request from the cell phone to do so;

wherein the content's location is identified based on an address of a computer system, and wherein the notification specifies a time that the content is available.

23.     (Original) The system of claim 22, wherein the address of the computer system comprises an Internet address.

24.     (Original) The system of claim 15, wherein the content's location is identified based on a system identification.

25.     (Original) The system of claim 15 wherein the type of content identified by the type identifier is at least one of text, image, audio, or video.

26.     (Original) The system of claim 15 wherein the content identifier and type identifier are separate identifiers.

27.     (Original) The system of claim 15 wherein the memory controller is further configured to direct the content corresponding to the content identifier to the cell phone in a way that bypasses a notification system.

28.     (Original) The system of claim 15 wherein the memory controller is configured to receive information from a home location registry.

29.     (Original) The system of claim 28 wherein the memory controller is further configured to direct the content to the cell phone based at least in part on the information obtained from the home location registry.

30.     (Amended) A method that delivers content to an intended recipient, comprising:
            storing in a memory available content for the intended recipient;

accessing a home location registry to obtain information about the intended recipient's cell phone;

causing a paging data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request at the identified content's location, to do so.

31.     (Amended) [The method of claim 30,] A method that delivers content to an intended recipient, comprising:

storing in a memory available content for the intended recipient;

accessing a home location registry to obtain information about the intended recipient's cell phone;

causing a data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request to do so;

further comprising performing an action requested by the cell phone on the available content prior to transmitting the available content to the cell phone comprising at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

32.     (Original) The method of claim 30, wherein the cell phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular packet data network, or a personal communications services network (PCS).

33.     (Original) The method of claim 30, wherein the available content comprises at least one of the following: audio, voice, music, image, graphical, text, video, application or data.

34.    (Amended) [The system of claim 30,] A method that delivers content to an intended recipient, comprising:

   storing in a memory available content for the intended recipient;

   accessing a home location registry to obtain information about the intended recipient's cell phone;

   causing a data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

   transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request to do so;

   wherein the data signal comprises a plurality of address identifiers identifying a plurality of cell phones.

35.    (Amended) [The method of claim 30,] A method that delivers content to an intended recipient, comprising:

   storing in a memory available content for the intended recipient;

   accessing a home location registry to obtain information about the intended recipient's cell phone;

   causing a data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

   transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request to do so;

   wherein the address identifier identifies a plurality of cell phones.

36.    (Original) The method of claim 30, wherein at least part of the data signal is directed to the cell phone via the Internet.

37.     (Original) The system of claim 30, wherein the content's location is identified based on an Internet location.

38.     (Amended) [The system of claim 30,] A method that delivers content to an intended recipient, comprising:

      storing in a memory available content for the intended recipient;

      accessing a home location registry to obtain information about the intended recipient's cell phone;

      causing a data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

      transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request to do so;

wherein the content's location is identified based on an address of a computer system, and wherein the notification specifies a time that the content is available.

39.     (Original) The system of claim 38, wherein the address of the computer system comprises an Internet address.

40.     (Original) The system of claim 30, wherein the content's location is identified based on a system identification.

41.     (Original) The method of claim 30 wherein the type of content identified by the type identifier is at least one of text, image, audio, or video.

42.     (Original) The method of claim 30 wherein the information obtained from the home location registry includes wireless network location of the cell phone.

43.     (Amended) [The method of claim 30] A method that delivers content to an intended recipient, comprising:

storing in a memory available content for the intended recipient;

accessing a home location registry to obtain information about the intended recipient's cell phone;

causing a data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location, and a type identifier that identifies the content's type;

transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request to do so;

further comprising receiving from the cell phone, prior to transmitting the available content to the cell phone, a command created at the cell phone including at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

44.    (Amended) A wireless communication system, comprising:

a memory configured to store content;

a controller including a processor coupled to the memory configured to generate a notification that identifies the content, the content's location, and the content's type;

a radio transmitter coupled to an antenna and coupled to the memory and controller configured to send the notification to a cell phone;

a radio receiver coupled to the antenna and coupled to the memory and controller configured to receive a request to receive the content generated by the cell phone, wherein the request includes at least a portion of the notification;

wherein the radio transmitter is configured to send via the antenna the content corresponding to the notification to the cell phone only upon receiving a request from the cell phone at the identified content's location, to send it.

45.    (Original) The system of claim 44, wherein the controller is configured to perform a command received from the cell phone on the content comprising at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

46.     (Original) The system of claim 44, wherein the cell phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular packet data network, or a personal communications services network (PCS).

47.     (Original) The system of claim 44, wherein the content comprises at least one of the following: audio, voice, music, image, graphical, text, video, application or data.

48.     (Amended) [The system of claim 44,] A wireless communication system, comprising:
        a memory configured to store content;
        a controller including a processor coupled to the memory configured to generate a notification that identifies the content, the content's location, and the content's type;
        a radio transmitter coupled to an antenna and coupled to the memory and controller configured to send the notification to a cell phone;
        a radio receiver coupled to the antenna and coupled to the memory and controller configured to receive a request to receive the content generated by the cell phone, wherein the request includes at least a portion of the notification;
        wherein the radio transmitter is configured to send using the antenna the content corresponding to the notification to the cell phone only upon receiving a request from the cell phone to send it;
        wherein the content's location is identified based on an address of a computer system, and wherein the notification specifies a time that the content is available.

49.     (Original) The system of claim 48, wherein the address of the computer system comprises an Internet address.

50.     (Original) The system of claim 44, wherein the content's location is identified based on a system ID.

51.     (Amended) A method of operating a cellular phone configured for media content retrieval and playback comprising:

(a) receiving a wireless notification of media content available for retrieval from a remote content storage system, the notification including information at least identifying the content and an address of the remote content storage system;

(b) sending a request to the identified address of the remote content storage system to retrieve the content from the remote content storage system via a cellular network, the request including information at least identifying the content and the address of the remote content storage system;

(c) receiving the requested media content over the cellular network; and

(d) playing the media content.

52.    (Amended) [The method of claim 51] A method of operating a cellular phone configured for media content retrieval and playback comprising:

(a) receiving a wireless notification of media content available for retrieval from a remote content storage system, the notification including information at least identifying the content and an address of the remote content storage system;

(b) sending a request to retrieve the content from the remote content storage system using a cellular network, the request including information at least identifying the content and the address of the remote content storage system;

(c) receiving the requested media content over the cellular network; and

(d) playing the media content;

wherein the media content is a song and the cellular phone is adapted to play the song, and wherein the notification specifies a time that the content is available.

53.    (Original) The method of claim 51 wherein the media content is video and the cellular phone is adapted to play the video on a display of the cellular phone.

54.    (Original) The method of claim 51 further comprising the cellular phone selecting a specific codec to enable decoding and playing of the media content.

55.      (Original) The method of claim 51 further comprising cell phone receiving instructions
via the cellular network regarding the media content and the cellular phone being
configured to implement the received instructions.

56.      (Original) The method of claim 51 wherein the notification further includes information
identifying the type of media content.

57.      (Original) The method of claim 51 further comprising alerting the user that a notification
has been received and providing a second alert when the content associated with the
notification is received by the cellular phone.

58.      (Amended) [The method of claim 51] A method of operating a cellular phone configured
for media content retrieval and playback comprising:
         (a) receiving a wireless notification of media content available for retrieval from a
remote content storage system, the notification including information at least identifying
the content and an address of the remote content storage system;
         (b) sending a request to retrieve the content from the remote content storage system
using a cellular network, the request including information at least identifying the content
and the address of the remote content storage system;
         (c) receiving the requested media content over the cellular network; and
         (d) playing the media content;
further comprising the cellular phone, prior to receiving the media content, instructing
the remote content storage system, via the cellular network, to forward the media content
to another.

59.      (Original) The method of claim 51 further comprising:
         (e) the notification identifying a plurality of available media content;
         (f) requesting a select some of the plurality of available media content via the cellular
network;
         (g) receiving the select some of the available media content via the cellular network;
         (h) accepting a user input selecting one of the select some of received media content.

60.    (Original) The method of claim 59 further comprising receiving an indication of the cost to retrieve the media content and informing the user.

61.    (Original) The method of claim 60 wherein the media content comprises songs.

62.    (Original) The method of claim 51 further comprising receiving an indication of the cost to retrieve the media content and informing the user.

63.    (Original) The method of claim 51 further comprising the notification informing of a plurality of samples of the media content.

64.    (Original) The method of claim 63 wherein each one of the plurality of samples has an associated location identifier transmitted with the notification.

65.    (Original) The method of claim 64 further comprising directing a request signal to a system corresponding to at least a selected one of the plurality of location identifiers received, the request signal including the at least one location identifier selected.

66.    (Original) The method of claim 63 further comprising retrieving the samples of media content from the remote system via the cellular network.

67.    (Original) The method of claim 66 further comprising retrieving the full media content from the remote content storage system via the cellular network, the full media content corresponding to at least a selected one of the samples of media content previously received.

68.    (Original) The method of claim 51 further comprising:

         (e) the notification informing of a list of available media content;

         (f) retrieving the listing of available media content;

(g) allowing the user to browse through the listing of available media content and select at least a desired one of the listing;

(h) sending a request to retrieve the content associated with the at least selected one of the listing;

(i) receiving the media content corresponding to the at least selected one of the listing.

69.  (Original) The method of claim 51 further comprising: (e) storing at least some of the retrieved media content in the cellular phone; (f) allowing the user to scroll through a listing of stored media content; and (g) accepting a user selection of a select one from the list.

70.  (New) A method of content communication, comprising:

receiving a notification at a cell phone, the notification at least identifying content intended for the cell phone and identifying the content's location using an included system identifier that establishes to the cellphone an address of a particular system to which to respond, and identifying the type of content from among at least text, image, audio, and video content;

alerting a user of the cell phone that the notification has been received;

receiving input from the user indicating that the content should be downloaded to the cell phone;

generating a request signal including a request to download the content;

sending the request signal from the cell phone to the particular system established by the system identifier so that the desired content may be downloaded to the phone; and

receiving the desired content to the cell phone only in response to sending the request signal.

71.  (New) The method of claim 70, wherein identification of the content's location includes an address of a computer system, and wherein the notification specifies a time that the content is available.

72.      (New) The method of claim 70, further comprising the cell phone alerting the user to the receipt of the requested content.

73.      (New) The method of claim 70, wherein the request signal includes at least a portion of the notification.

74.      (New) The method of claim 73, wherein the request signal includes at least that portion of the notification that identifies the content's location.

75.      (New) The method of claim 70 further comprising receiving input from the user specifying a desired command to be performed on the content identified, wherein the desired command is chosen from a plurality of commands permanently stored in the cell phone.

76.      (New) The method of claim 75 wherein the plurality of commands permanently stored in the cell phone include at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

77.      (New) The method of claim 75 further comprising generating and sending a request signal which includes the desired command from the cell phone so that the desired command may be performed on the content identified.

78.      (New) The method of claim 77 wherein the cell phone receives confirmation that the desired command was executed and alerts the user to receipt of the conformation, wherein the alert includes one or more of an audible sound, a vibration, or display of a image.

79.      (New) The method of claim 70 wherein the desired content received at the cell phone is deleted without deleting the notification.

80.     (New) The method of claim 70 wherein the content comprises a video message and
        wherein the cell phone is adapted to play the video message.


81.     (New) The method of claim 70 wherein the content comprises music and wherein the cell
        phone is adapted to play the music in response to a user input.


82.     (New) The method of claim 70 wherein the content comprises a game and wherein the
        cell phone is adapted to play the game in response to a user input.


83.     (New) A content communication system, comprising:
        a memory configured to store content;
        a memory controller including a processor coupled to the memory configured to cause a
paging data signal to be directed to a cell phone, wherein the data signal includes an address
identifier that identifies the cell phone, a content identifier that identifies the content and the
content's location using an included system identifier that establishes to the cell phone an
address of a particular system to which to respond, and a type identifier that identifies the
content's type;
        wherein the memory controller is configured to direct the content corresponding to the
content identifier from the memory to the cell phone only upon receiving a request from the
cell phone at the particular system established by the system identifier, to do so.


84.     (New) The system of claim 83, wherein the memory controller is configured to execute a
        command sent from the cell phone, the execution being performed on the content prior to
        the system directing the content to the cell phone and comprising at least one of the
        following: delete the content, forward the content to a specified recipient, save the
        content, or reply to the content.


85.     (New) The system of claim 83, wherein the content comprises at least one of the
        following: audio, voice, music, image, graphic, text, video, application or data.

86.     (New) The system of claim 83, wherein the cell phone communicates by at least one of
the following: a global system for mobile communications network (GSM), a cellular
packet data network, or a personal communications services network (PCS).

87.     (New) The system of claim 83, wherein the data signal comprises a plurality of address
identifiers identifying a plurality of cell phones.

88.     (New) The system of claim 83, wherein the data signal comprises an address signal
identifying a plurality of cell phones.

89.     (New) The system of claim 83, wherein the memory is coupled to the Internet.

90.     (New) The system of claim 83, wherein the content's location is identified based on an
address of a computer system, and wherein the notification specifies a time that the
content is available.

91.     (New) The system of claim 90, wherein the address of the computer system comprises an
Internet address.

92.     (New) The system of claim 83 wherein the type of content identified by the type
identifier is at least one of text, image, audio, or video.

93.     (New) The system of claim 83 wherein the content identifier and type identifier are
separate identifiers.

94.     (New) The system of claim 83 wherein the memory controller is further configured to
direct the content corresponding to the content identifier to the cell phone in a way that
bypasses a notification system.

95.     (New) The system of claim 83 wherein the memory controller is configured to receive
information from a home location registry.

96.    (New) The system of claim 95 wherein the memory controller is further configured to direct the content to the cell phone based at least in part on the information obtained from the home location registry.

97.    (New) A method that delivers content to an intended recipient, comprising:

storing in a memory available content for the intended recipient;

accessing a home location registry to obtain information about the intended recipient's cell phone;

causing a paging data signal to be directed to the cell phone, wherein the data signal includes an address identifier that identifies the cell phone, a content identifier that identifies the available content and the content's location using an included system identifier that establishes to the cell phone an address of a particular system to which to respond, and a type identifier that identifies the content's type;

transmitting the available content corresponding to the content identifier to the cell phone upon receiving a request at the particular system established by the system identifier, to do so.

98.    (New) The method of claim 97, further comprising performing an action requested by the cell phone on the available content prior to transmitting the available content to the cell phone comprising at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

99.    (New) The method of claim 97, wherein the cell phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular packet data network, or a personal communications services network (PCS).

100.    (New) The method of claim 97, wherein the available content comprises at least one of the following: audio, voice, music, image, graphical, text, video, application or data.

101.    (New) The system of claim 97, wherein the data signal comprises a plurality of address identifiers identifying a plurality of cell phones.

102.    (New) The method of claim 97, wherein the address identifier identifies a plurality of cell phones.

103.    (New) The method of claim 97, wherein at least part of the data signal is directed to the cell phone via the Internet.

104.    (New) The system of claim 97, wherein the content's location is identified based on an Internet location.

105.    (New) The system of claim 97, wherein the content's location is identified based on an address of a computer system, and wherein the notification specifies a time that the content is available.

106.    (New) The system of claim 105, wherein the address of the computer system comprises an Internet address.

107.    (New) The method of claim 97 wherein the type of content identified by the type identifier is at least one of text, image, audio, or video.

108.    (New) The method of claim 97 wherein the information obtained from the home location registry includes wireless network location of the cell phone.

109.    (New) The method of claim 97 further comprising receiving from the cell phone, prior to transmitting the available content to the cell phone, a command created at the cell phone including at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.

110.     (New) A wireless communication system, comprising:

a memory configured to store content;

a controller including a processor coupled to the memory configured to generate a notification that identifies the content, the content's location using an included system identifier that establishes to the cell phone an address of a particular system to which to respond, and the content's type;

a radio transmitter coupled to an antenna and coupled to the memory and controller configured to send the notification to a cell phone;

a radio receiver coupled to the antenna and coupled to the memory and controller configured to receive a request to receive the content generated by the cell phone, wherein the request includes at least a portion of the notification;

wherein the radio transmitter is configured to send via the antenna the content corresponding to the notification to the cell phone only upon receiving a request from the cell phone at the particular system established by the system identifier, to send it.


111.     (New) The system of claim 110, wherein the controller is configured to perform a command received from the cell phone on the content comprising at least one of the following: delete the content, forward the content to a specified recipient, save the content, or reply to the content.


112.     (New) The system of claim 110, wherein the cell phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular packet data network, or a personal communications services network (PCS).


113.     (New) The system of claim 110 wherein the content comprises at least one of the following: audio, voice, music, image, graphical, text, video, application or data.


114.     (New) The system of claim 110, wherein the content's location is identified based on an address of a computer system, and wherein the notification specifies a time that the content is available.

115.    (New) The system of claim 114, wherein the address of the computer system comprises an Internet address.

116.    (New) A method of operating a cellular phone configured for media content retrieval and playback comprising:

(a) receiving a wireless notification of media content available for retrieval from a remote content storage system, the notification including information at least identifying the content and an address of the remote content storage system that establishes to a recipient the address of a particular system to which to respond;

(b) sending a request to the address of the remote content storage system to retrieve the content from the remote content storage system via a cellular network, the request including information at least identifying the content and the address of the remote content storage system;

(c) receiving the requested media content over the cellular network; and

(d) playing the media content.

117.    (New) The method of claim 116 wherein the media content is a song and the cellular phone is adapted to play the song, and wherein the notification specifies a time that the content is available.

118.    (New) The method of claim 116 wherein the media content is video and the cellular phone is adapted to play the video on a display of the cellular phone.

119.    (New) The method of claim 116 further comprising the cellular phone selecting a specific codec to enable decoding and playing of the media content.

120.    (New) The method of claim 116 further comprising cell phone receiving instructions via the cellular network regarding the media content and the cellular phone being configured to implement the received instructions.

121.   (New) The method of claim 116 wherein the notification further includes information identifying the type of media content.

122.   (New) The method of claim 116 further comprising alerting the user that a notification has been received and providing a second alert when the content associated with the notification is received by the cellular phone.

123.   (New) The method of claim 116 further comprising the cellular phone, prior to receiving the media content, instructing the remote content storage system, via the cellular network, to forward the media content to another.

124.   (New) The method of claim 116 further comprising:

(e) the notification identifying a plurality of available media content;

(f) requesting a select some of the plurality of available media content via the cellular network;

(g) receiving the select some of the available media content via the cellular network;

(h) accepting a user input selecting one of the select some of received media content.

125.   (New) The method of claim 116 further comprising receiving an indication of the cost to retrieve the media content and informing the user.

126.   (New) The method of claim 125 wherein the media content comprises songs.

127.   (New) The method of claim 116 further comprising receiving an indication of the cost to retrieve the media content and informing the user.

128.   (New) The method of claim 116 further comprising the notification informing of a plurality of samples of the media content.

129.   (New) The method of claim 128 wherein each one of the plurality of samples has an associated location identifier transmitted with the notification.

130.    (New) The method of claim 129 further comprising directing a request signal to a system corresponding to at least a selected one of the plurality of location identifiers received, the request signal including the at least one location identifier selected.

131.    (New) The method of claim 128 further comprising retrieving the samples of media content from the remote system via the cellular network.

132.    (New) The method of claim 131 further comprising retrieving the full media content from the remote content storage system via the cellular network, the full media content corresponding to at least a selected one of the samples of media content previously received.

133.    (New) The method of claim 116 further comprising:

(e) the notification informing of a list of available media content;

(f) retrieving the listing of available media content;

(g) allowing the user to browse through the listing of available media content and select at least a desired one of the listing;

(h) sending a request to retrieve the content associated with the at least selected one of the listing;

(i) receiving the media content corresponding to the at least selected one of the listing.

134.    (New) The method of claim 116 further comprising: (e) storing at least some of the retrieved media content in the cellular phone; (f) allowing the user to scroll through a listing of stored media content; and (g) accepting a user selection of a select one from the list.

October 13, 2011                                                  Control No. 90/009,880
Page 26                                                                          Helferich

## <u>REMARKS</u>

Patentee submits this supplemental response to provide the claim markings required under 37 C.F.R. § 1.530(f). No other changes have been made. For completeness, Patentee incorporates by reference the substantive remarks (and appendices) included with Patentee's October 5, 2011 response. If the Examiner has any questions regarding this submission, he is encouraged to contact undersigned counsel.


Date: October 13, 2011                          Respectfully submitted,

                                                By ____/Jon E. Kappes/_____

                                                Jon E. Kappes, Esq.
                                                USPTO Reg. No. 58,453
                                                Law Offices of Steven G. Lisa, Ltd.
                                                55 West Monroe Street, Suite 3200
                                                Chicago, IL 60603
                                                Telephone: (312) 752-4357

                                                *Attorney for Patentee*