# Exhibit 11

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

In re Reexamination of Patent No. 7,835,757)

|  |  |  |
|---|---|---|
| RICHARD J. HELFERICH | ) | Examiner: Ovidio Escalante |
| | ) | |
| Control No. 90/009,882 | ) | Art Unit: 3992 |
| | ) | |
| Filed: February 25, 2011 | ) | Confirmation No.: 6831 |

For:  SYSTEM AND METHOD FOR DELIVERING INFORMATION TO A
      TRANSMITTING AND RECEIVING DEVICE

## SUPPLEMENTAL
## REQUEST FOR RECONSIDERATION AFTER FINAL OFFICE ACTION
## PURSUANT TO 37 C.F.R. §§ 1.116 & 1.530

Mail Stop Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Examiner:

This response supplements Patentee's October 5, 2011 "Request for Reconsideration after Final Office Action Pursuant to 37 C.F.R. §§ 1.116 & 1.530."  No fees are believed due herewith.

**Amendments to the Claims** begin on **page 2.**

**Remarks** begin on **page 22.**

November 1, 2011                                                    Control No. 90/009,882
Page 2                                                                              Helferich

## PATENTEE PROPOSED AMENDMENTS TO THE CLAIMS
## PURSUANT TO 37 C.F.R. §§ 1.530(d)-(f)

Pursuant to 37 C.F.R. § 1.530(d), Patentee respectfully requests that the claims of this patent be changed according to the proposed changes specified below. Pursuant to § 1.530(d)(2), Patentee includes the entire text of each patent claim[1] which is being proposed to be changed by this amendment, together with a parenthetical providing the claim status, and markups showing the claim changes (as set forth in § 1.530(f)). Pursuant to § 1.530(e), Patentee submits on separate pages in **Appendix 1**, the status, as of the date of this amendment, of all patent claims and all added claims, and an explanation of the support in the disclosure of the patent for the changes to the claims made by this amendment. No amendment enlarges the scope of the claims or introduces new matter.

1.      (Original) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, and (iii) configured to transmit the paging call to the cellular phone; the method comprising:

   (a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

   (b) the content provider receiving a system identifier address code that identifies the internet-accessible storage location at which the content is stored from an identification service;

   (c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;

---

[1] Note Patentee's Certificates of Correction which include corrections to claims 1, 2, and 9 (issued on March 29, 2011 and September 6, 2011).

(d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and

(e) the content provider causing the content to be updated;

(f) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and

(g) the content provider, subsequent to receiving the request message, causing the updated content to be delivered to the a cellular phone via the mobile radiotelephone network.

2.    (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message ==at the identified storage system== transmitted over the mobile radiotelephone network, the request message including (i)

data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

3.      (Original) The method of claim 2 wherein the content notification system and the internet-accessible storage systems are different systems.

4.      (Original) The method of claim 2 wherein the request message further comprises the address of the wireless communication device.

5.      (Original) The method of claim 2 wherein the system identifier comprises an address code.

6.      (Amended) [The method of claim 5] A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content;

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and

(f) further comprising the content provider receiving the address code from an identification service.

7.      (Original) The method of claim 2 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

8.      (Original) The method of claim 2 wherein the content identifier further identifies the content's type.

9.      (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message <mark>at the identified storage location</mark> transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

10.    (Original) The method of claim 9 wherein the system identifier comprises an address code.

11.    (Amended) [The method of claim 10]  A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content;

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and

(f) further comprising the content provider receiving the address code from an identification service.

12.     (Original) The method of claim 9 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

13.     (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities.

14.     (Original) The method of claim 9 wherein the message further comprises a user-enabled acknowledgement request.

15.     (Original) The method of claim 9 wherein the message further identifies the content's type.

16.     (Original) The method of claim 15 wherein the type comprises one or more of text, image, audio, and video.

17.     (Original) The method of claim 9 wherein the message further identifies the name of the
content provider.


18.     (Amended) [The method of claim 9] A method that communicates content from a content
provider utilizing a content notification system, through a mobile radiotelephone network
to a wireless communication device, the content notification system: (i) including an
interface to a home location registry, (ii) configured to process data into a paging call
suitable for transmission to the wireless communication device, and (iii) configured to
transmit the paging call to the wireless communication device; the method comprising:

        (a) the content provider causing content available for delivery to a wireless
communication device to be stored at one of a plurality of independently identifiable
internet-accessible storage locations;

        (b) the content provider causing a message intended for the wireless communication
device to be created, the message including: (i) an identifier of the content, and (ii) a
system identifier that identifies the internet-accessible storage location at which the
content is stored from among the plurality of independently identifiable internet-
accessible storage locations; wherein the content is not included in the message;

        (c) the content provider causing communication from the content notification system
of a paging call including the message and intended for the wireless communication
device over the mobile radiotelephone network; and

        (d) the content provider receiving a request message transmitted over the mobile
radiotelephone network, the request message including (i) data corresponding to the
identifier of the content and the system identifier received by the wireless communication
device, (ii) the address of the wireless communication device, and (iii) a command to
perform on the content;

        (e) the content provider, subsequent to receiving the request message, causing the
content to be delivered to the wireless communication device via the mobile
radiotelephone network; and

        (f) wherein the content identifier further indicates a time the content is available.

19.    (Amended) [The method of claim 9] A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content;

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and

(f) further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.


20.    (Original) The method of claim 19 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

21.     (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

    (a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

    (d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content;

    (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and

    (f) wherein the content identifier further indicates a time the content is available.

22.     (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content;

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and

(f) further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.

23.    (New) The method of claim 22 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

24.    (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, and (iii) configured to transmit the paging call to the cellular phone; the method comprising:

(a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

(b) the content provider receiving a system identifier address code that identifies the internet-accessible storage location at which the content is stored, and establishes to the cell phone an address of a particular system to which to respond, from an identification service;

(c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;

(d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and

(e) the content provider causing the content to be updated;

(f) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and

(g) the content provider, subsequent to receiving the request message, causing the updated content to be delivered to the a cellular phone via the mobile radiotelephone network.

25.    (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular remote system to which to respond and identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

26.    (New) The method of claim 25 wherein the content notification system and the internet-accessible storage systems are different systems.

27.    (New) The method of claim 25 wherein the request message further comprises the address of the wireless communication device.

28.    (New) The method of claim 25 wherein the system identifier comprises an address code.

29.    (New) The method of claim 28 further comprising the content provider receiving the address code from an identification service.

30.　　(New) The method of claim 25 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

31.　　(New) The method of claim 25 wherein the content identifier further identifies the content's type.

32.　　(New) The method of claim 25 wherein the content identifier further indicates a ==time== the content is available.

33.　　(New) The method of claim 25 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.

34.　　(New) The method of claim 33 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

35.　　(New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

　　(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

　　(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) ==a system identifier that establishes to the wireless communication device an address of a particular remote system to which to respond,== and identifies the internet-accessible

storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

36.     (New) The method of claim 35 wherein the system identifier comprises an address code.

37.     (New) The method of claim 36 further comprising the content provider receiving the address code from an identification service.

38.     (New) The method of claim 35 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

39.     (New) The method of claim 35 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities.

40.     (New) The method of claim 35 wherein the message further comprises a user-enabled acknowledgement request.

41.     (New) The method of claim 35 wherein the message further identifies the content's type.

42.  (New) The method of claim 41 wherein the type comprises one or more of text, image, audio, and video.

43.  (New) The method of claim 35 wherein the message further identifies the name of the content provider.

44.  (New) The method of claim 35 wherein the content identifier further indicates a time the content is available.

45.  (New) The method of claim 35 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.

46.  (New) The method of claim 35 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

47.  (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, and (iii) configured to transmit the paging call to the cellular phone; the method comprising:

   (a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

   (b) the content provider receiving a system identifier address code that identifies the internet-accessible storage location at which the content is stored, and establishes to the cell phone an address of a particular system to which to respond, from an identification service;

(c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;

(d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and

(e) the content provider causing the content to be updated;

(f) the content provider receiving a request message transmitted over the mobile radiotelephone network at the system established by the system identifier address code, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and

(g) the content provider, subsequent to receiving the request message, causing the updated content to be delivered to the a cellular phone via the mobile radiotelephone network.


48.     (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;

(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular system to which to respond and identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;

(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider receiving a request message transmitted over the mobile radiotelephone network at the system established by the system identifier, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

49.     (New) The method of claim 48 wherein the content notification system and the internet-accessible storage systems are different systems.

50.     (New) The method of claim 48 wherein the request message further comprises the address of the wireless communication device.

51.     (New) The method of claim 48 wherein the system identifier comprises an address code.

52.     (New) The method of claim 51 further comprising the content provider receiving the address code from an identification service.

53.     (New) The method of claim 48 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

54.     (New) The method of claim 48 wherein the content identifier further identifies the content's type.

55.     (New) The method of claim 48 wherein the content identifier further indicates a time the content is available.

56.     (New) The method of claim 48 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.

57.     (New) The method of claim 56 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

58.     (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:

    (a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;

    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular system to which to respond, and identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;

    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and

(d) the content provider <mark>receiving a request message</mark> transmitted over the mobile radiotelephone network <mark>at the system established by the system identifier,</mark> the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and

(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network.

59.    (New) The method of claim 58 wherein the system identifier comprises an address code.

60.    (New) The method of claim 59 further comprising the content provider receiving the address code from an identification service.

61.    (New) The method of claim 58 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices.

62.    (New) The method of claim 58 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities.

63.    (New) The method of claim 58 wherein the message further comprises a user-enabled acknowledgement request.

64.    (New) The method of claim 58 wherein the message further identifies the content's type.

65.    (New) The method of claim 64 wherein the type comprises one or more of text, image, audio, and video.

66.    (New) The method of claim 58 wherein the message further identifies the name of the content provider.

67.     (New) The method of claim 58 wherein the content identifier further indicates a time the content is available.


68.     (New) The method of claim 58 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.


69.     (New) The method of claim 58 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network.

## REMARKS

Patentee submits this supplemental response to provide the claim markings required under 37 C.F.R. § 1.530(f) and to incorporate the Examiner's suggestions regarding the claims. For completeness, Patentee incorporates by reference the remarks (and appendices) included with Patentee's October 5, 2011 response. The remarks below summarize the agreement reached with the Examiner during telephone discussions following the Examiner's Advisory Action. In particular, the claims, as listed in this supplemental response, have been agreed to place the case in condition for confirmation of all claims.

Specifically, this submission makes the following changes to the original claims of the '757 patent:

- Original independent claims 2 and 9 have been changed to include the phrases "at the identified storage system" and "at the identified storage location" respectively.

  o This change incorporates the Examiner's suggestion of highlighting that claim element (d) relates to claim element (b). Patentee believes that the changes are merely clarifying and serve to moot the disputed issues. **Patentee respectfully requests that the Examiner confirm that the changes to claims 2 and 9 are merely clarifying and serve to moot the disputed issues.**

- Original (and confirmed) claims 6, 11, 18, 19, and 20 have been rewritten in independent format based on the language of original claims 2 and 9. Accordingly, claims 6, 11, 18, 19, and 20, as amended, are identical to the originally issued versions of those claims.

- New claims 21-23 have been added and depend from original independent claim 2. Claims 21-23 recite the features from original (and confirmed) dependent claims 18, 19, and 20 (which depend from independent claim 9).

- New claims 24-46 have been added and are based on claims 1-23. Independent claims 24, 25, and 35 further include the phrase "that establishes to the wireless communication device an address of a particular <u>remote</u> system to which to respond" in connection with the claimed system identifier.

- o The Examiner's Advisory Action took the position that the "particular system to respond to" could have been the client's local memory. While Patentee disputes that position, the issue is mooted by inclusion of the word "remote" in claims 24, 25, and 35.

- New claims 47-69 have been added also based on claims 1-23. Independent claims 47, 48, and 58 further include the phrases "that establishes to the wireless communication device an address of a particular system to which to respond" (with respect to the system identifier) and "at the identified storage system / location."

If the Examiner has any questions regarding this submission, he is encouraged to call undersigned counsel.

Date: November 1, 2011

Respectfully submitted,

By _____/Jon E. Kappes/_____

Jon E. Kappes, Esq.
USPTO Reg. No. 58,453
Law Offices of Steven G. Lisa, Ltd.
55 West Monroe Street, Suite 3200
Chicago, IL 60603
Telephone: (312) 752-4357

*Attorney for Patentee*

**APPENDIX 1**

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| 1.   (Original) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, and (iii) configured to transmit the paging call to the cellular phone; the method comprising:<br><br>(a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br><br>(b) the content provider receiving a system identifier address code that identifies the internet-accessible storage location at which the content is stored from an identification service;<br><br>(c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;<br><br>(d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and<br><br>(e) the content provider causing the content to be updated;<br><br>(f) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and<br><br>(g) the content provider, subsequent to receiving the request message, causing the | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |

| **Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882)** **Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e)** | |
|---|---|
| updated content to be delivered to the cellular phone via the mobile radiotelephone network. | |
| | |
| 2.   (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br>    (a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;<br>    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;<br>    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br>    (d) the content provider receiving a request message at the identified storage system transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and<br>    (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 2 with the exception of the phrase "at the identified storage system" used in element (d).<br>    Accordingly, support for "at the identified storage system" is found, for example, in '757, C12:60-13:1, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required." *See also, e.g.,* '757, C18:23-30, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| | |
| 3.   (Original) The method of claim 2 wherein | **Status**: Pending |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| the content notification system and the internet-accessible storage systems are different systems. | **Support in '757 Specification**: No changes made to this claim. |
| | |
| 4. (Original) The method of claim 2 wherein the request message further comprises the address of the wireless communication device. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 5. (Original) The method of claim 2 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 6. (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br>   (a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;<br>   (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;<br>   (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br>   (d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 6, with the exception that the claim has been rewritten in independent form incorporating all of the limitations of originally issued claim 2. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and<br><br>(f) further comprising the content provider receiving the address code from an identification service. | |
| | |
| 7.   (Original) The method of claim 2 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 8.   (Original) The method of claim 2 wherein the content identifier further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 9.   (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br><br>(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br><br>(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message; | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 9 with the exception of the phrase "at the identified storage location" used in element (d).<br><br>    Accordingly, support for "at the identified storage location" is found, for example, in '757, C12:60-13:1, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required." *See also, e.g.,* '757, C18:23-30, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br><br>(d) the content provider receiving a request message <mark>at the identified storage location</mark> transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and<br><br>(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network. | paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| | |
| 10. (Original) The method of claim 9 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 11. (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br><br>(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br><br>(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 11, with the exception that the claim has been rewritten in independent form incorporating all of the limitations of originally issued claim 9. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;<br><br>    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br><br>    (d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content;<br><br>    (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and<br><br>    (f) further comprising the content provider receiving the address code from an identification service. | |
| | |
| 12. (Original) The method of claim 9 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 13. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 14. (Original) The method of claim 9 wherein the message further comprises a user-enabled acknowledgement request. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 15. (Original) The method of claim 9 wherein the message further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 16. (Original) The method of claim 15 wherein the type comprises one or more of text, | **Status**: Pending<br>**Support in '757 Specification**: No changes |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| image, audio, and video. | made to this claim. |
| | |
| 17.  (Original) The method of claim 9 wherein the message further identifies the name of the content provider. | **Status**: Pending<br>**Support in '757 Specification**: No changes made to this claim. |
| | |
| 18.  (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br>    (a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br>    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;<br>    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br>    (d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 18, with the exception that the claim has been rewritten in independent form incorporating all of the limitations of originally issued claim 9. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and<br><br>(f)  wherein the content identifier further indicates a time the content is available. | |
| | |
| 19.  (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br><br>(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br><br>(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;<br><br>(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br><br>(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 19, with the exception that the claim has been rewritten in independent form incorporating all of the limitations of originally issued claim 9. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| address of the wireless communication device, and (iii) a command to perform on the content;    (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and    (f) further comprising the content provider ==updating the content prior to receiving the request message and subsequent to causing the communication of the paging call.== | |
|    20. (Amended) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:    (a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and    (d) the content provider receiving a request message transmitted over the mobile | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 20, with the exception that the claim has been rewritten in independent form incorporating all of the limitations of originally issued claim 9. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content;     (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network; and     (f) wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | |
| | |
| 21.  (New) The method of claim 2 wherein the content identifier further indicates a <mark>time the content is available</mark>. | **Status**: Pending **Support in '757 Specification**: This claim is identical to issued claim 18, and is written to depend from a different base claim. |
| | |
| 22.  (New) The method of claim 2 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call. | **Status**: Pending **Support in '757 Specification**: This claim is identical to issued claim 19, and is written to depend from a different base claim. |
| | |
| 23.  (New) The method of claim 22 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | **Status**: Pending **Support in '757 Specification**: This claim is identical to issued claim 20, and is written to depend from a different base claim. |
| | |
| 24.  (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, | **Status**: Pending **Support in '757 Specification**: This claim is identical to originally issued claim 1 with the exception of the phrase "and establishes to the cell phone an address of a particular remote system to which to respond" used in element (b).     Accordingly, support for that language is found, for example, in '757, C18:23-25, stating: |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| and (iii) configured to transmit the paging call to the cellular phone; the method comprising:<br><br>    (a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br><br>    (b) the content provider receiving a system identifier address code that identifies the internet-accessible storage location at which the content is stored, and establishes to the cell phone an address of a particular remote system to which to respond, from an identification service;<br><br>    (c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;<br><br>    (d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and<br><br>    (e) the content provider causing the content to be updated;<br><br>    (f) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and<br><br>    (g) the content provider, subsequent to receiving the request message, causing the updated content to be delivered to the a cellular phone via the mobile radiotelephone network. | "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…."<br><br>    Support for cell phone is found, for example, in '757, C5:1-4, stating: "The transceiver 2 may comprise a transceiver found in two way pagers or mobile radio and preferably comprises a transceiver commonly used in a portable mobile radiotelephone." *See also, e.g.,* '757, C5:55-65, stating: "The CPU 27, for instance, comprises all necessary RAM and ROM memory, signal and data switching circuitry, signal processing circuitry, I-O Ports, and all standard program instructions and stored options commonly utilized in portable cellular telephones. The standard cellular telephone program instructions and CPU 27 may be obtained from a variety of suppliers…. The DSP 4 includes necessary I-O and program memory and are commonly utilized in cellular telephones." |
| | |
| 25. (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 2 with the exception of the phrase "and establishes to the wireless communication device an address of a particular remote system to which to respond" |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br><br>(a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;<br><br>(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular remote system to which to respond and identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;<br><br>(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br><br>(d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and<br><br>(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network. | used in element (b).<br><br>Accordingly, support for that language is found, for example, in '757, C18:23-25, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…." |
| | |
| 26. (New) The method of claim 25 wherein the content notification system and the internet-accessible storage systems are different systems. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 3. No amendments were made to this dependent claim. |
| | |
| 27. (New) The method of claim 25 wherein the request message further comprises the address of the wireless communication device. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| | claim 4. No amendments were made to this dependent claim. |
| | |
| 28. (New) The method of claim 25 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 5. No amendments were made to this dependent claim. |
| | |
| 29. (New) The method of claim 28 further comprising the content provider receiving the address code from an identification service. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 6. No amendments were made to this dependent claim. |
| | |
| 30. (New) The method of claim 25 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 7. No amendments were made to this dependent claim. |
| | |
| 31. (New) The method of claim 25 wherein the content identifier further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 8. No amendments were made to this dependent claim. |
| | |
| 32. (New) The method of claim 25 wherein the content identifier further indicates a time the content is available. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 18, and is written to depend from a different base claim. |
| | |
| 33. (New) The method of claim 25 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 19, and is written to depend from a different base claim. |
| | |
| 34. (New) The method of claim 33 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 20, and is written to depend from a different base claim. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| 35. (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising: <br><br> (a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations; <br><br> (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular remote system to which to respond, and identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message; <br><br> (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and <br><br> (d) the content provider receiving a request message transmitted over the mobile radiotelephone network, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and <br><br> (e) the content provider, subsequent to receiving the request message, causing the content | **Status**: Pending <br> **Support in '757 Specification**: This claim is identical to originally issued claim 9 with the exception of the phrase "and establishes to the cell phone an address of a particular remote system to which to respond" used in element (b). <br><br> Accordingly, support for that language is found, for example, in '757, C18:23-25, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…." |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| to be delivered to the wireless communication device via the mobile radiotelephone network. | |
| 36. (New) The method of claim 35 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 10. No amendments were made to this dependent claim. |
| 37. (New) The method of claim 36 further comprising the content provider receiving the address code from an identification service. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 11. No amendments were made to this dependent claim. |
| 38. (New) The method of claim 35 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 12. No amendments were made to this dependent claim. |
| 39. (New) The method of claim 35 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 13. No amendments were made to this dependent claim. |
| 40. (New) The method of claim 35 wherein the message further comprises a user-enabled acknowledgement request. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 14. No amendments were made to this dependent claim. |
| 41. (New) The method of claim 35 wherein the message further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 15. No amendments were made to this dependent claim. |
| 42. (New) The method of claim 41 wherein | **Status**: Pending |

| **Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882)** **Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e)** | |
|---|---|
| the type comprises one or more of text, image, audio, and video. | **Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 16. No amendments were made to this dependent claim. |
| | |
| 43. (New) The method of claim 35 wherein the message further identifies the name of the content provider. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 17. No amendments were made to this dependent claim. |
| | |
| 44. (New) The method of claim 35 wherein the content identifier further indicates a <mark>time the content is available</mark>. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 18, and is written to depend from a different base claim. |
| | |
| 45. (New) The method of claim 35 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 19, and is written to depend from a different base claim. |
| | |
| 46. (New) The method of claim 35 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 20, and is written to depend from a different base claim. |
| | |
| 47. (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a cellular phone, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the a cellular phone via short message service ("SMS") messaging, and (iii) configured to transmit the paging call to the cellular phone; the method comprising:<br>(a) the content provider causing content available for delivery to a cellular phone to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br>(b) the content provider receiving a system | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 1 with the exception of the phrase "and establishes to the cell phone an address of a particular system to which to respond" used in element (b) and "at the system established by the system identifier address code" used in element (f)<br>Accordingly, support for "and establishes to the cell phone an address of a particular system to which to respond" is found, for example, in '757, C18:23-25, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…."<br>Support for cell phone is found, for example, |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) |
| :---: |
| **Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e)** |

| | |
| --- | --- |
| identifier address code that identifies the internet-accessible storage location at which the content is stored, and establishes to the cell phone an address of a particular system to which to respond, from an identification service;<br><br>(c) the content provider causing a message intended for the cellular phone to be created, the message including: (i) an identifier of the content, (ii) the system identifier address code, (iii) a type identifier indicating the content's type, and (iv) the name of the content provider; wherein the content is not included in the message;<br><br>(d) the content provider causing communication from the content notification system of a paging call including the message and intended for the a cellular phone via SMS messaging; and<br><br>(e) the content provider causing the content to be updated;<br><br>(f) the content provider receiving a request message transmitted over the mobile radiotelephone network at the system established by the system identifier address code, the request message including (i) data corresponding to the identifier of the content and the system identifier address code received by the a cellular phone, (ii) the address of the cellular phone, and (iii) a command from the cellular phone to receive to the content; and<br><br>(g) the content provider, subsequent to receiving the request message, causing the updated content to be delivered to the a cellular phone via the mobile radiotelephone network. | in '757, C5:1-4, stating: "The transceiver 2 may comprise a transceiver found in two way pagers or mobile radio and preferably comprises a transceiver commonly used in a portable mobile radiotelephone." *See also, e.g.,* '757, C5:55-65, stating: "The CPU 27, for instance, comprises all necessary RAM and ROM memory, signal and data switching circuitry, signal processing circuitry, I-O Ports, and all standard program instructions and stored options commonly utilized in portable cellular telephones. The standard cellular telephone program instructions and CPU 27 may be obtained from a variety of suppliers…. The DSP 4 includes necessary I-O and program memory and are commonly utilized in cellular telephones."<br><br>Support for "at the system established by the system identifier address code" is found, for example, in '757, C12:60-C13:1, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required." *See also, e.g.,* '716, C18:23-30, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| | |
| 48. (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 2 with the exception of the phrase "that establishes to the |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) |
|---|
| **Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e)** |

| | |
|---|---|
| communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br><br>    (a) the content provider causing content available for delivery to a wireless communication device to be stored at an internet-accessible storage system;<br><br>    (b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular system to which to respond and identifies the internet-accessible storage system storing the content; wherein the content is not included in the message;<br><br>    (c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br><br>    (d) the content provider receiving a request message transmitted over the mobile radiotelephone network at the system established by the system identifier, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, and (ii) a command to perform on the content; and<br><br>    (e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network. | wireless communication device an address of a particular system to which to respond" used in element (b) and "at the system established by the system identifier" used in element (d)<br><br>    Accordingly, support for "and establishes to the wireless communication device an address of a particular system to which to respond" is found, for example, in '757, C18:23-25, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…."<br><br>    Support for "at the system established by the system identifier" is found, for example, in '757, C12:60-C13:1, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required." *See also, e.g.,* '716, C18:23-30, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| | |
| 49. (New) The method of claim 48 wherein | **Status**: Pending |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| the content notification system and the internet-accessible storage systems are different systems. | **Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 3. No amendments were made to this dependent claim. |
| | |
| 50. (New) The method of claim 48 wherein the request message further comprises the address of the wireless communication device. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 4. No amendments were made to this dependent claim. |
| | |
| 51. (New) The method of claim 48 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 5. No amendments were made to this dependent claim. |
| | |
| 52. (New) The method of claim 51 further comprising the content provider receiving the address code from an identification service. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 6. No amendments were made to this dependent claim. |
| | |
| 53. (New) The method of claim 48 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 7. No amendments were made to this dependent claim. |
| | |
| 54. (New) The method of claim 48 wherein the content identifier further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 8. No amendments were made to this dependent claim. |
| | |
| 55. (New) The method of claim 48 wherein the content identifier further indicates a time the content is available. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 18, and is written to depend from a different base claim. |
| | |
| 56. (New) The method of claim 48 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 19, and is written to depend from a different base claim. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| 57. (New) The method of claim 56 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to issued claim 20, and is written to depend from a different base claim. |
| 58. (New) A method that communicates content from a content provider utilizing a content notification system, through a mobile radiotelephone network to a wireless communication device, the content notification system: (i) including an interface to a home location registry, (ii) configured to process data into a paging call suitable for transmission to the wireless communication device, and (iii) configured to transmit the paging call to the wireless communication device; the method comprising:<br>(a) the content provider causing content available for delivery to a wireless communication device to be stored at one of a plurality of independently identifiable internet-accessible storage locations;<br>(b) the content provider causing a message intended for the wireless communication device to be created, the message including: (i) an identifier of the content, and (ii) a system identifier that establishes to the wireless communication device an address of a particular system to which to respond, and identifies the internet-accessible storage location at which the content is stored from among the plurality of independently identifiable internet-accessible storage locations; wherein the content is not included in the message;<br>(c) the content provider causing communication from the content notification system of a paging call including the message and intended for the wireless communication device over the mobile radiotelephone network; and<br>(d) the content provider receiving a request | **Status**: Pending<br>**Support in '757 Specification**: This claim is identical to originally issued claim 9 with the exception of the phrase "that establishes to the wireless communication device an address of a particular system to which to respond" used in element (b) and "at the system established by the system identifier" used in element (d)<br>Accordingly, support for "and establishes to the wireless communication device an address of a particular system to which to respond" is found, for example, in '757, C18:23-25, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message." *See also, e.g.,* '757, C41, stating: "The system ID may be an address code…."<br>Support for "at the system established by the system identifier" is found, for example, in '757, C12:60-C13:1, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required." *See also, e.g.,* '716, C18:23-30, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to which to respond in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| message transmitted over the mobile radiotelephone network at the system established by the system identifier, the request message including (i) data corresponding to the identifier of the content and the system identifier received by the wireless communication device, (ii) the address of the wireless communication device, and (iii) a command to perform on the content; and<br><br>(e) the content provider, subsequent to receiving the request message, causing the content to be delivered to the wireless communication device via the mobile radiotelephone network. | paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| 59. (New) The method of claim 58 wherein the system identifier comprises an address code. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 10. No amendments were made to this dependent claim. |
| 60. (New) The method of claim 59 further comprising the content provider receiving the address code from an identification service. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 11. No amendments were made to this dependent claim. |
| 61. (New) The method of claim 58 wherein the content provider causes communication from the content notification system of a plurality of paging calls intended for a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 12. No amendments were made to this dependent claim. |
| 62. (New) The method of claim 58 wherein the mobile radiotelephone network includes at least short message service ("SMS") capabilities. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 13. No amendments were made to this dependent claim. |

| Proposed Claim Amendments of U.S. Patent No. 7,835,757 (Control No. 90/009,882) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| 63. (New) The method of claim 58 wherein the message further comprises a user-enabled acknowledgement request. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 14. No amendments were made to this dependent claim. |
| 64. (New) The method of claim 58 wherein the message further identifies the content's type. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 15. No amendments were made to this dependent claim. |
| 65. (New) The method of claim 64 wherein the type comprises one or more of text, image, audio, and video. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 16. No amendments were made to this dependent claim. |
| 66. (New) The method of claim 58 wherein the message further identifies the name of the content provider. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 17. No amendments were made to this dependent claim. |
| 67. (New) The method of claim 58 wherein the content identifier further indicates a time the content is available. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 18. No amendments were made to this dependent claim. |
| 68. (New) The method of claim 58 further comprising the content provider updating the content prior to receiving the request message and subsequent to causing the communication of the paging call. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 19. No amendments were made to this dependent claim. |
| 69. (New) The method of claim 58 wherein the content provider, subsequent to receiving the request message, causes the updated content to be delivered to the wireless communication device via a mobile radiotelephone network. | **Status**: Pending<br>**Support in '757 Specification**: This dependent claim is identical to originally issued dependent claim 20. No amendments were made to this dependent claim. |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11314918 |
| **Application Number:** | 90009882 |
| **International Application Number:** | |
| **Confirmation Number:** | 6831 |
| **Title of Invention:** | SYSTEM AND METHOD FOR DELIVERING INFORMATION TO A TRANSMITTING AND RECEIVING DEVICE |
| **First Named Inventor/Applicant Name:** | 7,835,757 |
| **Customer Number:** | 68468 |
| **Filer:** | Jon E. Kappes |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | Rex-7835757 |
| **Receipt Date:** | 01-NOV-2011 |
| **Filing Date:** | 25-FEB-2011 |
| **Time Stamp:** | 19:14:59 |
| **Application Type:** | Reexam (Patent Owner) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Patent Owner Comments after Action Closing Prosecution | 11-10-31-HPL-90009882-Resp-to-FOA-Supp-w-appx.pdf | 636132 <br> 12b0e91bc1c688c2295zb357d0423d50cc5 5ea16 | no | 45 |

**Warnings:**

**Information:**

Total Files Size (in bytes): 636152

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.