Exhibit 12

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Reexamination of Patent No. 7,280,838 | ) | |
| | ) | |
| RICHARD J. HELFERICH | ) | Examiner: Salman Ahmed |
| | ) | |
| Serial No. 90/009,883 | ) | Art Unit: 3992 |
| | ) | |
| Filed: February 25, 2011 | ) | Confirmation No.: 2122 |

For:   SYSTEM AND METHOD FOR DELIVERING INFORMATION TO A
       TRANSMITTING AND RECEIVING DEVICE

## SUPPLEMENTAL PATENT OWNER RESPONSE AND AMENDMENT AFTER NON-FINAL OFFICE ACTION PURSUANT TO 37 C.F.R. §§ 1.111(a)(2) & 1.550

Mail Stop Ex Parte Reexam
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Examiner:

Patentee submits these amendments and remarks pursuant to 37 C.F.R. §§ 1.111(a)(2), 1.550, and 1.530 responsive to the September 28, 2011 Non-Final Office Action, and in view of the Examiner's response to Patentee's January 5, 2012 Interview Summary.  This submission and these amendments replace and supersede the amendments filed in this matter on November 28, 2011.  Following this amendment, there are 110 claims in this case, 14 of which are dependent claims added to the originally issued claims.  Additional claim fees in the amount of $480.00 corresponding to 8 added claims were submitted with Patentee's November 28, 2011 amendment.  Accordingly Patentee submits an additional claim fees in the amount of $360.00 herewith corresponding to the additional 6 added claims for which fees are owed.

**Claims** begin on **page 2.**

**Remarks** begin on **page 18.**

## PATENTEE PROPOSED AMENDMENTS TO THE CLAIMS PURSUANT TO 37 C.F.R. §§ 1.530(d)-(f)

The claims (and amendments thereto) set forth below replace and supersede the amendments filed in this matter on November 28, 2011.

Pursuant to 37 C.F.R. § 1.530(d), Patentee respectfully requests that the claims of this patent be changed according to the proposed changes specified below. Pursuant to § 1.530(d)(2), Patentee includes the entire text of each patent claim[1] which is being proposed to be changed by this amendment, together with a parenthetical providing the claim status, and markups showing the claim changes (as set forth in § 1.530(f)). Pursuant to § 1.530(e), Patentee submits on separate pages in **Appendix 1**, the status, as of the date of this amendment, of all patent claims and all added claims, and an explanation of the support in the disclosure of the patent for the changes to the claims made by this amendment. No amendment enlarges the scope of the claims or introduces new matter.

1. (Original) In a communication system that includes a first system, a second system, a base station, and a wireless communication device, a method, comprising:

receiving, at the first system, a data transmission from the second system, the data transmission including a system identifier that is associated with the second system and an information identifier that is associated with information stored in the second system, wherein the information is not included in the data transmission and is not stored in the wireless communication device, the first system having an interface with a home location registry;

generating a message which includes the system identifier and the information identifier;

transmitting, from the first system, the message to the base station for transmission to the wireless communication device.

2. (Original) The method of claim 1, further comprising receiving, at the base station, a request message wirelessly transmitted from the wireless communication device, the request message including at least a portion of the generated message.

---

[1] Note the December 22, 2009 and November 11, 2008 Certificates of Correction which include corrections to claims 8, 34, 35, and 36.

January 10, 2012                                         Control No. 90/009,883
Page 3                                                                 Helferich

   3. (Original) The method of claim 2, further comprising transmitting, from the second system, to the wireless communication device, the information associated with the information identifier in response to receiving the request message.

   4. (Original) In a communication system that includes a first system, a second system located remotely from the first system, a base station, and a wireless communication device, a method comprising:
      receiving, at the second system, a message intended for a user of the wireless communication device;
      storing, at the second system , the message;
      transmitting, from the second system, information  regarding the message to the first system, the information including a system identifier that is associated with the second system and a message identifier associated with the message, the first system having an interface with a home location registry;
      wherein the first system uses the base station to transmit at least a portion of the information to the wireless communication device; and
      receiving, at the second system, a request message transmitted from the wireless communication device, the request message that includes at least a portion of the information, wherein the request message was wirelessly transmitted from the wireless communication device to a base station.

   5. (Original) The method of claim 4, wherein the request message further includes an action identifier identifying an action to be performed on the message.

   6. (Original) The method of claim 5, further comprising the second system performing the action on the message.

   7. (Amended) A method of operating a wireless communication device in a communication system that includes a plurality of information storage systems, and a mobile radiotelephone network comprising:

3

receiving a notification message from the mobile radiotelephone network, the notification message including (a) a system identifier identifying a particular one of the plurality of information storage systems and (b) a message identifier identifying information that is stored in at least one of the plurality of information storage systems and which information is intended for a user of the wireless communication device;

alerting the user that the notification message has been received;

receiving input from the user specifying an action <u>to delete, forward, or reply</u> to be performed on the information corresponding to the notification message; and

transmitting via a mobile radiotelephone network, to the information storage system identified by the system identifier, an action identifier corresponding to the action specified by the user;

alerting the user that the action specified by the user has been completed.


8. (Amended) A mobile communication device that transmits data to and receives data from a communication system, comprising:

a radio receiver coupled to antenna and configured to receive a notification message from a first remote system, the notification message including a system identifier  identifying a second remote system and an information identifier identifying information stored in the second remote system;

a user interface including at least a keypad and a display screen coupled to the receiver and configured to receive from a user an input specifying an action to be performed on the information stored in the second remote system;

a controller including a processor coupled to the receiver and user interface and programmed to generate a request message indicating the action <u>to delete, forward, or reply</u> to be performed on the information and for addressing the request message to the second remote system; and

a transmitter coupled to the antenna and configured to transmit the request message to the second remote system;

the controller configured to notify the user  when the action to be performed on the information has been completed.

9. (Original) A method that communicates data from a content provider through a mobile radiotelephone network to a wireless communication device, utilizing an content notification system having an interface with a home location registry comprising:

the content provider initiating communication of data  intended for the wireless communication device, the data including an information identifier that is associated with information stored by the content provider and identifies the location of the stored information, wherein the information is not included in the data and is not stored in the wireless communication device;

the content provider causing the content notification system to:

process the data into a message suitable for transmission to the wireless communication device, which message includes the information identifier, and transmit the message to the wireless communication device; and

the content provider receiving a request message that is wirelessly transmitted from the wireless communication device over the mobile radiotelephone network as a reply to the message, the request message including at least a portion of the information identifier.

10. (Original) The method of claim 9 further comprising the content provider communicating the information associated with the information identifier and intended for the wireless communication device in response to the content provider receiving the request message.

11. (Original) The method of claim 9 further comprising the content provider causing the mobile radio telephone network to rely the information identifier to a plurality of wireless communication devices.

12. (Original) The method of claim 9 wherein the information identifier identifies the location of the stored information using a system identifier.

13. (Original) The method of claim 12 wherein the system identifier is associated with the content provider.

14. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a cellular digital packet data system.

15. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least short message service capabilities.

16. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a global system for mobile communications (GSM) system.

17. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a personal communications services (PCS) system.

18. (Original) The method of claim 9 wherein the wireless communication device is capable of communicating via multiple types of wireless networks.

19. (Original) The method of claim 9 wherein the content provider includes a system that stores data intended for delivery to the wireless communication device.

20. (Original) The method of claim 9 wherein the information includes at least one of the group consisting of: (1) voice, (2) email, (3) audio, (4) video, (5) graphics, (6) games, and (7) text.

21. (Original) The method of claim 1 wherein the first system  accesses the home location registry to retrieve information associated with the wireless communication device.

22. (Original) The method of claim 21 wherein the information retrieved comprises the wireless network location of the wireless communication device.

23. (Original) The method of claim 3 wherein the information transmission bypasses the first system.

January 10, 2012
Page 7

Control No. 90/009,883
Helferich

24. (Original) The method of claim 4 wherein the first system accesses the home location registry to retrieve information associated with the wireless communication device.

25. (Original) The method of claim 24 wherein the information retrieved comprises the wireless network location of the wireless communication device.

26. (Original) The method of claim 6 wherein the action is performed without having sent the message to the wireless communication device.

27. (Original) The method of claim 6 further comprising the message being sent to the wireless communication device by the second system wherein the message bypasses the first system.

28. (Original) The method of claim 6 wherein the action is to forward the message to another.

29. (Original) The method of claim 6 wherein the action is to save the message.

30. (Original) The method of claim 6 wherein the action is to delete the message.

31. (Original) The method of claim 7 wherein at least one of the alerts comprises an audible alert.

32. (Original) The method of claim 7 wherein at least one of the alerts comprises a graphic alert.

33. (Original) The method of claim 7 wherein at least one of the alerts comprises a vibration alert.

34. (Original) The method of claim 7 further comprising receiving further input from the user indicating that the wireless communication device should save the received notification message but not the information.

35. (Original) The device of claim 8 wherein the user interface is configured to receive further input from the user indicating that the wireless communication device should save the received notification message but not the information.

36. (Original) The method of claim 9 wherein the content notification system accesses the home location registry to retrieve information associated with the wireless communication device.

37. (Original) The method of claim 36 wherein the information retrieved comprises the wireless network location of the wireless communication device.

38. (Original) A method of notifying a cellular phone of information available at a content storage and retrieval unit utilizing a notification system that includes a notification terminal controller coupled with an input/output controller comprising:

receiving, at the notification system, a data transmission from the content storage and retrieval unit, the data transmission including a system identifier that is associated with the content storage and retrieval unit and an information identifier that is associated with information stored in the content storage and retrieval unit;

the notification system having an interface with a home location registry;

causing the notification system to relay a notification to the cellular phone that identifies the information and its location .

39. (Original) The method of claim 38 wherein the notification system accesses the home location registry to retrieve information associated with the cellular phone.

40. (Original) The method of claim 39 wherein the information retrieved comprises the wireless network location of the cellular phone.

41. (Original) The method of claim 38 wherein the notification system creates the notification.

42. (Original) The method of claim 38 wherein the content storage and retrieval unit creates the notification.

43. (Original) The method of claim 38 wherein the notification identifies the information's location by using at least a system identifier.

44. (Original) The method of claim 38 wherein the notification identifies the information's location by using at least a system address.

45. (Amended) The method of claim 38 wherein the notification further comprises a format code with regard to the [message]information.

46. (Amended) The method of claim 38 wherein the notification further comprises retrieval instructions with regard to the [message]information.

47. (Amended) The method of claim 46 wherein the retrieval instructions specify when the [message]information is to be retrieved by the cellular phone.

48. (Original) The method of claim 38 wherein the information comprises video.

49. (Original) The method of claim 38 wherein the information comprises promotional video for a movie.

50. (Original) The method of claim 38 wherein the information comprises promotional video for a show.

51. (Original) The method of claim 38 wherein the information comprises music.

52. (Original) The method of claim 38 wherein the content storage and retrieval unit is coupled to the wired Internet and configured such that a user may act upon the information by a wired Internet connection.

53. (Original) The method of claim 52 wherein the user may retrieve the information over the wired Internet.

54. (Original) The method of claim 38 wherein a transmission between the content storage and retrieval unit and the notification system is formatted at least in part according to the voice profile for internet mail.

55. (Original) The method of claim 38 wherein the storage and retrieval unit is adapted to store voice messages.

56. (Original) The method of claim 55 wherein the storage and retrieval unit is further adapted to receive voice messages.

57. (Original) The method of claim 56 wherein the storage and retrieval unit is further adapted to record voice messages.

58. (Original) The method of claim 38 wherein an address for the cellular phone is determined from a lightweight directory access protocol.

59. (Original) The method of claim 38 wherein the content storage and retrieval unit receives a request, the request sent from the cellular phone in response to a received notification, the request including an indication that an action be performed on the information.

60. (Original) The method of claim 59 wherein the request to the content storage and retrieval unit does not pass through the notification system.

61. (Original) The method of claim 59 wherein the action comprises one or more of forward the information, delete the information, or save the information.

62. (Original) The method of claim 61 wherein the content storage and retrieval unit has not received a request from the cellular phone indicating the action to be performed is to receive the information at the cellular phone.

63. (Original) The method of claim 38 wherein the notification system correlates messages in the content and storage and retrieval unit with subscriber listings.

64. (Original) The method of claim 38 wherein the information changes after the notification is sent but before the content storage and retrieval unit receives a request sent by the cellular phone in response to a received notification, and in response to subsequently receiving a request from the cellular phone, the content storage and retrieval unit acts upon the changed information according to the request received from the cellular phone and not the originally notified information.

65. (Original) The method of claim 38 wherein the notification system receives information from the cellular phone regarding the amount of available memory in the cellular phone.

66. (Original) The method of claim 38 wherein the notification system informs the cellular phone user via the cellular phone that the user's message account has insufficient funds.

67. (Original) The method of claim 38 wherein the notification system, the content storage and retrieval unit, or both include voice recognition capabilities.

68. (Original) The method of claim 67 wherein the notification system, the content storage and retrieval unit, or both being adapted to respond to a recognized voice instruction.

69. (Original) The method of claim 38 further comprising the notification including an indication of the type of information.

70. (Original) The method of claim 69 wherein the type includes a text type, a picture type, a video type, an audio type, or a music type.

71. (Original) A method of notifying a cellular phone of information available at a content storage and retrieval unit utilizing at least two notification systems each including a notification terminal coupled with an input/output controller comprising:

receiving, at a first notification system, a data transmission from the content storage and retrieval unit, the data transmission including a system identifier that is associated with the content storage and retrieval unit and an information identifier that is associated with information stored in the content storage and retrieval unit;

causing the first notification system to relay a first notification to a second notification system, the first notification identifying the information and its location;

the receipt of the first notification at the second notification system causing the second notification system to relay a second notification to the cellular phone, the second notification identifying the information and its location.

72. (Original) The method of claim 71 wherein communication between notification systems is over at least an SS7 network.

73. (Original) The method of claim 71 wherein communication between notification systems is over at least the Internet.

74. (Original) The method of claim 71 wherein the first notification system has an interface with a home location registry.

75. (Original) The method of claim 74 wherein the first notification system accesses the home location registry to retrieve information associated with the cellular phone.

76. (Original) The method of claim 75 wherein the information retrieved comprises the wireless network location of the cellular phone.

77. (Original) The method of claim 71 wherein the second notification system has an interface with a home location registry.

78. (Original) The method of claim 77 wherein the second notification system accesses the home location registry to retrieve information associated with the cellular phone.

79. (Original) The method of claim 78 wherein the information retrieved comprises the wireless network location of the cellular phone.

80. (Original) The method of claim 71 wherein the first and second notifications contain the same data regarding the information and its location.

81. (Original) The method of claim 71 wherein the second notification system receives a request from the cellular phone to perform an action on the information and relays the request to the content storage and retrieval unit.

82. (Original) The method of claim 81 wherein the request is not relayed through the first notification system.

83. (Original) The method of claim 81 wherein the content storage and retrieval unit retrieves the information and transmits the information to the cellular phone.

84. (Original) The method of claim 83 wherein the information transmission does not go through the first notification system.

85. (Amended) A method of remotely controlling content stored on a content storage and retrieval unit coupled to a notification system, the notification system including a notification

terminal controller coupled with an input/output controller, and adapted to provide notifications to the cellular phone of content available from the content storage and retrieval unit comprising:

storing message content at the content storage and retrieval unit;

the notification system transmitting a notification to the cellular phone of the content being available at the content storage and retrieval unit, wherein the notification includes an identification of the content storage and retrieval unit;

receiving a request to perform an action on the notified content, the action to delete, forward, or reply to the content, sent from the cellular phone at the content storage and retrieval unit, wherein neither the content storage and retrieval unit nor the notification system has transmitted the content to the cellular phone, and wherein the request received at the content storage and retrieval unit bypasses the notification system such that the notification system did not receive a request regarding the notified content;

the content storage and retrieval unit performing the action on the notified content.

86. (Original) The method of claim 85 wherein the requested action is for the content storage and retrieval unit to forward the content, save the content, delete the content, reply to the content, or a combination thereof.

87. (Original) The method of claim 86 wherein the content storage and retrieval unit performs the one or more requested actions without having transmitted the notified content.

88. (Original) The method of claim 85 wherein the content comprises audio data.

89. (Original) The method of claim 85 wherein the content comprises image data.

90. (Original) The method of claim 85 wherein the content comprises video data.

91. (Original) The method of claim 85, wherein the cellular phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular data packet data network (CDPD), a personal communications services network (PCS), or a short message service (SMS).

92. (Amended) A notification system adapted to notify a cellular phone of contents available at a content storage and retrieval unit, comprising:

a notification controller;

an input/output controller coupled to the notification controller, the input/output controller adapted to interface to at least a base station, a home location registry, and the content storage and retrieval unit;

wherein the notification system is configured to:

receive, from the content storage and retrieval unit, information identifying content available for an intended recipient;

form a notification of the content, wherein the notification identifies the information and the information's location such that the notification is usable by the cellular phone to request the content from the content storage and retrieval unit via a cellular network in a way that bypasses the notification system; and

relay the notification to the cellular phone.

93. (Original) The notification system of claim 92 wherein the input/output controller is configured to access information about the cellular phone from the home location registry.

94. (Original) The notification system of claim 93 wherein the information accessed by the input/output controller from the borne location registry comprises the wireless network location of the cellular phone.

95. (Original) The notification system of claim 92 wherein the notification system is configured to communicate with a second notification system over at least an SS7 network.

96. (Original) The notification system of claim 92 wherein the notification system is configured to communicate with a second notification system over at least the Internet.

97. (New) The method of claim 9, wherein the information is updated after the message is transmitted to the wireless communication device and before the content provider receives a request message from the wireless communication device.

98. (New) The method of claim 97, wherein the content provider, subsequent to receiving the request message, causes the updated information to be delivered to the wireless communication device via a mobile radiotelephone network.

99. (New) The method of claim 9, wherein the data signal further indicates a time the content is available.

100. (New) The method of claim 9, wherein the content provider receives the information identifier from an identification service.

101. (New) The method of claim 9, wherein the request message is received at the identified location of the stored information.

102. (New) The method of claim 9, further comprising the content provider performing a command on the information received from the wireless communication device prior to transmitting the information to the wireless communication device.

103. (New) The method of claim 102, wherein the command is to delete, forward, or reply to the information.

104. (New) The method of claim 9, wherein the data further includes a plurality of address identifiers corresponding to a plurality of mobile wireless communication devices.

105. (New) The method of claim 9 wherein the location of the stored information establishes to a recipient the address of the particular system to which to respond.

January 10, 2012                                                    Control No. 90/009,883
Page 17                                                                          Helferich

106. (New) The method of claim 9, wherein the information identifier is encoded and identifies directly or indirectly the stored information and its location.

107. (New) The method of claim 9, wherein the content provider initiating communication of data intended for the wireless communication device comprises the content provider electronically communicating the data to the notification system via the Internet.

108. (New) The method of claim 9, wherein at least a portion of the data for which the content provider initiates communication may be determined from a directory service.

109. (New) The method of claim 9, wherein the content provider causing the content notification system to process the data into a message suitable for transmission to the wireless communication device comprises causing the notification system to format the data as a short message for transmission via SMS.

110. (New) The method of claim 9, wherein the content provider receiving a request message that is wirelessly transmitted from the wireless communication device over the mobile radiotelephone network as a reply to the message comprises receiving a request from the wireless communication device in response to receipt of the message to receive the content.

## REMARKS

Patentee files this Supplemental Response as requested by the Examiner.  In particular, in a recent telephone call to Patentee, the Examiner indicated that he has reconsidered the non-final rejections of independent claims 1, 4, 9, 38, and 71 in view of the discussion during the December 13, 2011 interview and the information contained in Patentee's January 5, 2012 Interview Summary.  Accordingly, Patentee files this supplemental amendment to place the case in condition for confirmation.  This submission incorporates by reference Patentee's previously submitted November 28, 2011 Response to Non-Final Office Action and January 5, 2012 Interview Summary.

### I.  Summary of the Amendments

As noted above and for clarity, this amendment supersedes the amendments filed on November 28, 2011 with Patentee's Response to Non-Final Office Action.  As suggested by the Examiner and agreed to by Patentee, this amendment revises the claims as follows:

- Independent claims 7 and 8 have been amended to recite that the user specified action is "to delete, forward, or reply" to the notified information.

- Dependent claims 45-47 have been non-substantively amended to correct a minor error in reciting antecedent basis.

- Independent claim 85 has been amended to recite that the user-specified action is "to delete, forward, or reply" to the information and has also been amended to recite that "the request received at the content storage and retrieval unit bypasses the notification system such that the notification system did not receive a request regarding the notified content."

- Independent claim 92 has been amended to recite that "the notification is usable by the cellular phone to request the content from the content storage and retrieval unit via a cellular network in a way that bypasses the notification system."

- New claims 97-110 are submitted herewith reciting limitations confirmed patentable during and/or discussed during reexamination of related patents.

Patentee respectfully requests withdrawal of the non-final rejections and confirmation of the claims in view of the amendments above.

### II.  Patentee's Amendments are Without Prejudice of the Claimed Subject Matter

The above amendments are made without prejudice of the claimed subject matter.[2]  In particular, as discussed during the interview and in previous filings, Patentee respectfully disagrees with several aspects of the non-final rejections, and in particular, with respect to

---

[2] Patentee reserves the right to file child applications claiming subject matter similar to original claims 7-8, and 85-96.

18

independent claims 7, 8, 85, and 92 and with respect to several dependent claims covering subject matter similar to that confirmed patentable in related cases. Nevertheless, solely to expedite the confirmation of all of the claims of the '838 patent, Patentee is adopting the Examiner's suggestions regarding claims 7, 8, 85, and 92 and making the minor amendments contained herein.

### III. The Dependent Claims are Likewise Patentable

In addition to the above, Patentee respectfully submits that dependent claims 2-3, 5-6, 10-30, 36-37, 39-70, 72-84, 86-91, and 93-110 are patentable as depending from patentable independent claims as well as for their own additional limitations (including as discussed in detail in Patentee's November 28, 2011 Response to Non-Final Office Action). By this amendment, Patentee also files new dependent claims 97-110 which depend from independent claim 9 and recite features relating to subject matter confirmed patentable and/or discussed during reexamination of related Patent Nos. 7,835,757 and 7,499,716 (discussed in Patentee's prior submissions in this case). Pursuant to 37 C.F.R. § 1.530(e), Appendix 1 provides an explanation of the support in the disclosure of the patent for the changes to the claims made by this amendment. Patentee's amendments do not enlarge the scope of the claims or introduce new matter.

Among other things, dependent claim 105 depends from claim 9 and further recites that the location of the stored information "establishes to a recipient the address of the particular system to which to respond." In this case and previous cases, Patentee discussed that the appropriate claim construction of claim terms such as "system identifier" (based on the ordinary and customary meaning considered in light of the specification and the file history) is that which "establishes to a recipient the address to which to respond." By using this language expressly in claim 105, Patentee is ensuring that the elements of Patentee's proposed construction are expressly recited in dependent claim 105. In addition, and consistent with Patentee's prior remarks, dependent claim 106 recites that the information identifier may identify "directly or indirectly" the stored information and its location. As discussed during the interview, this language ensures that claim 106 (as well as base independent claim 9 which is necessarily broader) covers commonly used Internet translations, such as short links and the like. Dependent claim 110 (which depends from claim 9) makes clear that "the content provider receiving a request message that is wirelessly transmitted from the wireless communication device over the

January 10, 2012                                                  Control No. 90/009,883
Page 20                                                                        Helferich

mobile radiotelephone network as a reply to the message" as recited in claim 9, includes the
content provider "receiving a request from the wireless communication device in response to
receipt of the message to receive the content." If the Examiner has any questions regarding the
amendments contained herein, he is encouraged to call undersigned counsel.

## IV. Conclusion

Patentee appreciates the Examiner's consideration of this case, and believes that this case
is in condition for confirmation. Patentee respectfully requests favorable action.


Date: January 10, 2012                     Respectfully submitted,

                                           By ___/Jon E. Kappes/_____

                                           Jon E. Kappes, Esq.
                                           USPTO Reg. No. 58,453
                                           Law Offices of Steven G. Lisa, Ltd.
                                           55 West Monroe Street, Suite 3200
                                           Chicago, IL 60603
                                           Telephone: (312) 752-4357

                                           *Attorney for Patentee*

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| 1. (Original) In a communication system that includes a first system, a second system, a base station, and a wireless communication device, a method, comprising: receiving, at the first system, a data transmission from the second system, the data transmission including a system identifier that is associated with the second system and an information identifier that is associated with information stored in the second system, wherein the information is not included in the data transmission and is not stored in the wireless communication device, the first system having an interface with a home location registry; generating a message which includes the system identifier and the information identifier; transmitting, from the first system, the message to the base station for transmission to the wireless communication device. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 2. (Original) The method of claim 1, further comprising receiving, at the base station, a request message wirelessly transmitted from the wireless communication device, the request message including at least a portion of the generated message. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 3. (Original) The method of claim 2, further comprising transmitting, from the second system, to the wireless communication device, the information associated with the information identifier in response to receiving the request message. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 4. (Original) In a communication system that includes a first system , a second system located remotely from the first system, a base station, and a wireless communication device, a method comprising: receiving, at the second system, a message intended for a user of the wireless communication device; storing, at the second system , the message; | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |

1

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| transmitting, from the second system, information regarding the message to the first system, the information including a system identifier that is associated with the second system and a message identifier associated with the message, the first system having an interface with a home location registry; wherein the first system uses the base station to transmit at least a portion of the information to the wireless communication device; and receiving, at the second system, a request message transmitted from the wireless communication device, the request message that includes at least a portion of the information, wherein the request message was wirelessly transmitted from the wireless communication device to a base station. | |
| 5. (Original) The method of claim 4, wherein the request message further includes an action identifier identifying an action to be performed on the message. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 6. (Original) The method of claim 5, further comprising the second system performing the action on the message. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 7. (Amended) A method of operating a wireless communication device in a communication system that includes a plurality of information storage systems , and a mobile radiotelephone network comprising: receiving a notification message from the mobile radiotelephone network, the notification message including (a) a system identifier identifying a particular one of the plurality of information storage systems and (b) a message identifier identifying information that is stored in at least one of the plurality of information storage systems and which information is intended for a user of the wireless communication device; alerting the user that the notification | **Status**: Pending **Support in '838 Specification**: This claim is identical to originally issued claim 7 with the exception of the phrase "to delete, forward, or reply" used in connection with the action to be performed on the information corresponding to the notification message. Accordingly, support for that language is seen, for example, in '838, 15:10-16, stating: "After the user has been notified, the user can then control the paging transceiver 100 to retrieve the message from the system 30, to save the message at either the system 30 or paging transceiver 100, to forward the message to an indicated recipient, to reply to the message, or to erase the message from the |

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| message has been received;<br>    receiving input from the user specifying an action to delete, forward, or reply to be performed on the information corresponding to the notification message; and<br>    transmitting via a mobile radiotelephone network, to the information storage system identified by the system identifier, an action identifier corresponding to the action specified by the user;<br>    alerting the user that the action specified by the user has been completed. | paging transceiver 100 or from the system 30."<br>*See also, e.g.,* original claim 86 reciting "wherein the requested action is for the content storage and retrieval unit to forward the content, save the content, delete the content, reply to the content, or a combination thereof." |
| 8. (Amended) A mobile communication device that transmits data to and receives data from a communication system, comprising:<br>    a radio receiver coupled to antenna and configured to receive a notification message from a first remote system, the notification message including a system identifier identifying a second remote system and an information identifier identifying information stored in the second remote system;<br>    a user interface including at least a keypad and a display screen coupled to the receiver and configured to receive from a user an input specifying an action to be performed on the information stored in the second remote system;<br>    a controller including a processor coupled to the receiver and user interface and programmed to generate a request message indicating the action to delete, forward, or reply to be performed on the information and for addressing the request message to the second remote system; and<br>    a transmitter coupled to the antenna and configured to transmit the request message to the second remote system;<br>    the controller configured to notify the user when the action to be performed on the information has been completed. | **Status**: Pending<br>**Support in '838 Specification**: This claim is identical to originally issued claim 8 with the exception of the phrase "to delete, forward, or reply" used in connection with the action to be performed on the information.<br>    Accordingly, support for that language is seen, for example, in '838, 15:10-16, stating: "After the user has been notified, the user can then control the paging transceiver 100 to retrieve the message from the system 30, to save the message at either the system 30 or paging transceiver 100, to forward the message to an indicated recipient, to reply to the message, or to erase the message from paging transceiver 100 or from the system 30." *See also, e.g.,* original claim 86 reciting "wherein the requested action is for the content storage and retrieval unit to forward the content, save the content, delete the content, reply to the content, or a combination thereof." |
| 9. (Original) A method that communicates data from a content provider through a mobile | **Status**: Pending<br>**Support in '838 Specification**: No changes |

3

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) ||
|---|---|
| radiotelephone network to a wireless communication device, utilizing an content notification system having an interface with a home location registry comprising:<br><br>the content provider initiating communication of data  intended for the wireless communication device, the data including an information identifier that is associated with information stored by the content provider and identifies the location of the stored information, wherein the information is not included in the data and is not stored in the wireless communication device;<br><br>the content provider causing the content notification system to:<br><br>process the data into a message suitable for transmission to the wireless communication device, which message includes the information identifier, and transmit the message to the wireless communication device; and<br><br>the content provider receiving a request message that is wirelessly transmitted from the wireless communication device over the mobile radiotelephone network as a reply to the message, the request message including at least a portion of the information identifier. | made to this claim. |
| 10. (Original) The method of claim 9 further comprising the content provider communicating the information associated with the information identifier and intended for the wireless communication device in response to the content provider receiving the request message. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 11. (Original) The method of claim 9 further comprising the content provider causing the mobile radio telephone network to rely the information identifier to a plurality of wireless communication devices. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 12. (Original) The method of claim 9 wherein the information identifier identifies the location of the stored information using a system identifier. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| 13. (Original) The method of claim 12 wherein the system identifier is associated with the content provider. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 14. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a cellular digital packet data system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 15. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least short message service capabilities. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 16. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a global system for mobile communications (GSM) system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 17. (Original) The method of claim 9 wherein the mobile radiotelephone network includes at least a personal communications services (PCS) system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 18. (Original) The method of claim 9 wherein the wireless communication device is capable of communicating via multiple types of wireless networks. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 19. (Original) The method of claim 9 wherein the content provider includes a system that stores data intended for delivery to the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 20. (Original) The method of claim 9 wherein the information includes at least one of the group consisting of: (1) voice, (2) email, (3) audio, (4) video, (5) graphics, (6) games, and (7) text. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 21. (Original) The method of claim 1 wherein the first system accesses the home location registry to retrieve information | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| associated with the wireless communication device. | |
| 22. (Original) The method of claim 21 wherein the information retrieved comprises the wireless network location of the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 23. (Original) The method of claim 3 wherein the information transmission bypasses the first system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 24. (Original) The method of claim 4 wherein the first system accesses the home location registry to retrieve information associated with the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 25. (Original) The method of claim 24 wherein the information retrieved comprises the wireless network location of the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 26. (Original) The method of claim 6 wherein the action is performed without having sent the message to the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 27. (Original) The method of claim 6 further comprising the message being sent to the wireless communication device by the second system wherein the message bypasses the first system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 28. (Original) The method of claim 6 wherein the action is to forward the message to another. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 29. (Original) The method of claim 6 wherein the action is to save the message. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 30. (Original) The method of claim 6 wherein the action is to delete the message. | **Status**: Pending<br>**Support in '838 Specification**: No changes |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| | made to this claim. |
| | |
| 31. (Original) The method of claim 7 wherein at least one of the alerts comprises an audible alert. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 32. (Original) The method of claim 7 wherein at least one of the alerts comprises a graphic alert. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 33. (Original) The method of claim 7 wherein at least one of the alerts comprises a vibration alert. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 34. (Original) The method of claim 7 further comprising receiving further input from the user indicating that the wireless communication device should save the received notification message but not the information. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 35. (Original) The device of claim 8 wherein the user interface is configured to receive further input from the user indicating that the wireless communication device should save the received notification message but not the information. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim.. |
| | |
| 36. (Original) The method of claim 9 wherein the content notification system accesses the home location registry to retrieve information associated with the wireless communication device. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 37. (Original) The method of claim 36 wherein the information retrieved comprises the wireless network location of the wireless communication device. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| | |
| 38. (Original) A method of notifying a cellular phone of information available at a content storage and retrieval unit utilizing a notification system that includes a notification terminal controller coupled with an input/output controller comprising: | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |

7

## APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| receiving, at the notification system, a data transmission from the content storage and retrieval unit, the data transmission including a system identifier that is associated with the content storage and retrieval unit and an information identifier that is associated with information stored in the content storage and retrieval unit; <br><br> the notification system having an interface with a home location registry; <br><br> causing the notification system to relay a notification to the cellular phone that identifies the information and its location. | |
| 39. (Original) The method of claim 38 wherein the notification system accesses the home location registry to retrieve information associated with the cellular phone. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 40. (Original) The method of claim 39 wherein the information retrieved comprises the wireless network location of the cellular phone. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 41. (Original) The method of claim 38 wherein the notification system creates the notification. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 42. (Original) The method of claim 38 wherein the content storage and retrieval unit creates the notification. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 43. (Original) The method of claim 38 wherein the notification identifies the information's location by using at least a system identifier. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 44. (Original) The method of claim 38 wherein the notification identifies the information's location by using at least a system address. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 45. (Amended) The method of claim 38 wherein the notification further comprises a format code with regard to the | **Status**: Pending <br> **Support in '838 Specification**: The amendment to this claim merely corrects a |

8

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| [message]information. | minor error reciting the antecedent basis of "information" from base claim 38. Support for replacing "message" with "information" is seen, for example at '838, 15:49-53, stating: "Rather, the paging transceiver 100 and system 30 may operate with any type of message or information, including, but not limited to numeric messages, alphanumeric messages, voice or other audio messages, graphics, or even data." |
| 46. (Amended) The method of claim 38 wherein the notification further comprises retrieval instructions with regard to the [message]information. | **Status**: Pending **Support in '838 Specification**: The amendment to this claim merely corrects a minor error reciting the antecedent basis of "information" from base claim 38. Support for replacing "message" with "information" is seen, for example at '838, 15:49-53, stating: "Rather, the paging transceiver 100 and system 30 may operate with any type of message or information, including, but not limited to numeric messages, alphanumeric messages, voice or other audio messages, graphics, or even data." |
| 47. (Amended) The method of claim 46 wherein the retrieval instructions specify when the [message]information is to be retrieved by the cellular phone. | **Status**: Pending **Support in '838 Specification**: The amendment to this claim merely corrects a minor error reciting the antecedent basis of "information" from base claim 38. Support for replacing "message" with "information" is seen, for example at '838, 15:49-53, stating: "Rather, the paging transceiver 100 and system 30 may operate with any type of message or information, including, but not limited to numeric messages, alphanumeric messages, voice or other audio messages, graphics, or even data." |
| 48. (Original) The method of claim 38 wherein the information comprises video. | **Status**: Pending **Support in '838 Specification**: No changes made to this claim. |
| 49. (Original) The method of claim 38 | **Status**: Pending |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| wherein the information comprises promotional video for a movie. | **Support in '838 Specification**: No changes made to this claim. |
| 50. (Original) The method of claim 38 wherein the information comprises promotional video for a show. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 51. (Original) The method of claim 38 wherein the information comprises music. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 52. (Original) The method of claim 38 wherein the content storage and retrieval unit is coupled to the wired Internet and configured such that a user may act upon the information by a wired Internet connection. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 53. (Original) The method of claim 52 wherein the user may retrieve the information over the wired Internet. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 54. (Original) The method of claim 38 wherein a transmission between the content storage and retrieval unit and the notification system is formatted at least in part according to the voice profile for internet mail. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 55. (Original) The method of claim 38 wherein the storage and retrieval unit is adapted to store voice messages. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 56. (Original) The method of claim 55 wherein the storage and retrieval unit is further adapted to receive voice messages. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 57. (Original) The method of claim 56 wherein the storage and retrieval unit is further adapted to record voice messages. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 58. (Original) The method of claim 38 wherein an address for the cellular phone is determined from a lightweight directory access protocol. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| 59. (Original) The method of claim 38 wherein the content storage and retrieval unit receives a request, the request sent from the cellular phone in response to a received notification, the request including an indication that an action be performed on the information. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 60. (Original) The method of claim 59 wherein the request to the content storage and retrieval unit does not pass through the notification system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 61. (Original) The method of claim 59 wherein the action comprises one or more of forward the information, delete the information, or save the information. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 62. (Original) The method of claim 61 wherein the content storage and retrieval unit has not received a request from the cellular phone indicating the action to be performed is to receive the information at the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 63. (Original) The method of claim 38 wherein the notification system correlates messages in the content and storage and retrieval unit with subscriber listings. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 64. (Original) The method of claim 38 wherein the information changes after the notification is sent but before the content storage and retrieval unit receives a request sent by the cellular phone in response to a received notification, and in response to subsequently receiving a request from the cellular phone, the content storage and retrieval unit acts upon the changed information according to the request received from the cellular phone and not the originally notified information. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 65. (Original) The method of claim 38 wherein the notification system receives information from the cellular phone regarding the amount of available memory in the cellular | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |

11

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| phone. | |
| 66. (Original) The method of claim 38 wherein the notification system informs the cellular phone user via the cellular phone that the user's message account has insufficient funds. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 67. (Original) The method of claim 38 wherein the notification system, the content storage and retrieval unit, or both include voice recognition capabilities. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 68. (Original) The method of claim 67 wherein the notification system, the content storage and retrieval unit, or both being adapted to respond to a recognized voice instruction. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 69. (Original) The method of claim 38 further comprising the notification including an indication of the type of information. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 70. (Original) The method of claim 69 wherein the type includes a text type, a picture type, a video type, an audio type, or a music type. | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |
| 71. (Original) A method of notifying a cellular phone of information available at a content storage and retrieval unit utilizing at least two notification systems each including a notification terminal coupled with an input/output controller comprising: <br>     receiving, at a first notification system, a data transmission from the content storage and retrieval unit, the data transmission including a system identifier that is associated with the content storage and retrieval unit and an information identifier that is associated with information stored in the content storage and retrieval unit; <br>     causing the first notification system to relay a first notification to a second notification system, the first notification identifying the | **Status**: Pending <br> **Support in '838 Specification**: No changes made to this claim. |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| information and its location;<br>    the receipt of the first notification at the second notification system causing the second notification system to relay a second notification to the cellular phone, the second notification identifying the information and its location. | |
| 72. (Original) The method of claim 71 wherein communication between notification systems is over at least an SS7 network. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 73. (Original) The method of claim 71 wherein communication between notification systems is over at least the Internet. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 74. (Original) The method of claim 71 wherein the first notification system has an interface with a home location registry. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 75. (Original) The method of claim 74 wherein the first notification system accesses the home location registry to retrieve information associated with the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 76. (Original) The method of claim 75 wherein the information retrieved comprises the wireless network location of the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 77. (Original) The method of claim 71 wherein the second notification system has an interface with a home location registry. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 78. (Original) The method of claim 77 wherein the second notification system accesses the home location registry to retrieve information associated with the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 79. (Original) The method of claim 78 wherein the information retrieved comprises the wireless network location of the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 80. (Original) The method of claim 71 wherein the first and second notifications | **Status**: Pending<br>**Support in '838 Specification**: No changes |

13

## APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| contain the same data regarding the information and its location. | made to this claim. |
| 81. (Original) The method of claim 71 wherein the second notification system receives a request from the cellular phone to perform an action on the information and relays the request to the content storage and retrieval unit. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 82. (Original) The method of claim 81 wherein the request is not relayed through the first notification system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 83. (Original) The method of claim 81 wherein the content storage and retrieval unit retrieves the information and transmits the information to the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 84. (Original) The method of claim 83 wherein the information transmission does not go through the first notification system. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 85. (Amended) A method of remotely controlling content stored on a content storage and retrieval unit coupled to a notification system, the notification system including a notification terminal controller coupled with an input/output controller, and adapted to provide notifications to the cellular phone of content available from the content storage and retrieval unit comprising:<br>storing message content at the content storage and retrieval unit;<br>the notification system transmitting a notification to the cellular phone of the content being available at the content storage and retrieval unit, wherein the notification includes an identification of the content storage and retrieval unit;<br>receiving a request to perform an action on the notified content, <u>the action to delete, forward, or reply to the content,</u> sent from the cellular phone at the content storage and retrieval unit, wherein neither the content | **Status**: Pending<br>**Support in '838 Specification**: This claim is identical to originally issued claim 85 with the exception of the phrases "the action to delete, forward, or reply to the content" used in connection with the action to be performed on the notified content, and "wherein the request received at the content storage and retrieval unit bypasses the notification system such that the notification system did not receive a request regarding the notified content" used in connection with the request to perform an action.<br><br>Accordingly, support for "the action to delete, forward, or reply to the content" is seen, for example, in '838, 15:10-16, stating: "After the user has been notified, the user can then control the paging transceiver 100 to retrieve the message from the system 30, to save the message at either the system 30 or paging transceiver 100, to forward the message to an indicated recipient, to reply to |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| storage and retrieval unit nor the notification system has transmitted the content to the cellular phone, <u>and wherein the request received at the content storage and retrieval unit bypasses the notification system such that the notification system did not receive a request regarding the notified content;</u><br><br>    the content storage and retrieval unit performing the action on the notified content. | the message, or to erase the message from the paging transceiver 100 or from the system 30." *See also, e.g.,* original claim 86 reciting "wherein the requested action is for the content storage and retrieval unit to forward the content, save the content, delete the content, reply to the content, or a combination thereof."<br><br>    Support for "wherein the request received at the content storage and retrieval unit bypasses the notification system such that the notification system did not receive a request regarding the notified content" is seen, for example, '838, 18:32-37, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message. For instance, <u>system 30A may page</u> the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the <u>paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message.</u>" Thus, the recipient may request the content from system 30B (that is storing the message) by bypassing and not requesting the content from system 30A (that provided the notification). |
| 86. (Original) The method of claim 85 wherein the requested action is for the content storage and retrieval unit to forward the content, save the content, delete the content, reply to the content, or a combination thereof. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 87. (Original) The method of claim 86 wherein the content storage and retrieval unit performs the one or more requested actions without having transmitted the notified content. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 88. (Original) The method of claim 85 wherein the content comprises audio data. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |

## APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| 89. (Original) The method of claim 85 wherein the content comprises image data. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 90. (Original) The method of claim 85 wherein the content comprises video data. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 91. (Original) The method of claim 85, wherein the cellular phone communicates by at least one of the following: a global system for mobile communications network (GSM), a cellular data packet data network (CDPD), a personal communications services network (PCS), or a short message service (SMS). | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 92. (Amended) A notification system adapted to notify a cellular phone of contents available at a content storage and retrieval unit, comprising: | **Status**: Pending<br>**Support in '838 Specification**: This claim is identical to originally issued claim 92 with the exception of the phrase "such that the notification is usable by the cellular phone to request the content from the content storage and retrieval unit via a cellular network in a way that bypasses the notification system." |
| a notification controller;<br>    an input/output controller coupled to the notification controller, the input/output controller adapted to interface to at least a base station, a home location registry, and the content storage and retrieval unit;<br>    wherein the notification system is configured to:<br>    receive, from the content storage and retrieval unit, information identifying content available for an intended recipient;<br>    form a notification of the content, wherein the notification identifies the information and the information's location such that the notification is usable by the cellular phone to request the content from the content storage and retrieval unit via a cellular network in a way that bypasses the notification system; and<br>    relay the notification to the cellular phone. | Accordingly, support for "such that the notification is usable by the cellular phone to request the content from the content storage and retrieval unit via a cellular network in a way that bypasses the notification system" is seen, for example, '838, 18:32-37, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." Thus, the recipient may request the content from system 30B (that is storing the content) by bypassing and not requesting the content from system 30A (that provided the notification). |

16

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| 93. (Original) The notification system of claim 92 wherein the input/output controller is configured to access information about the cellular phone from the home location registry. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 94. (Original) The notification system of claim 93 wherein the information accessed by the input/output controller from the borne location registry comprises the wireless network location of the cellular phone. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 95. (Original) The notification system of claim 92 wherein the notification system is configured to communicate with a second notification system over at least an SS7 network. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 96. (Original) The notification system of claim 92 wherein the notification system is configured to communicate with a second notification system over at least the Internet. | **Status**: Pending<br>**Support in '838 Specification**: No changes made to this claim. |
| 97. (New) The method of claim 9, wherein the information is updated after the message is transmitted to the wireless communication device and before the content provider receives a request message from the wireless communication device. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 16:9-19, stating: "The information or message available to a paging transceiver 100 need not be static but instead may be dynamic. In other words, when a paging transceiver 100 is alerted that information is available, the information may be updated or otherwise change from the time the user was alerted. As an example, the user may receive a weather alert and by the time the user decides to receive the information the information would be updated to reflect further weather conditions. The identifier for the information therefore does not limit the content that may be stored as the information available to the user." |
| 98. (New) The method of claim 97, wherein the content provider, subsequent to receiving | **Status**: Pending<br>**Support in '838 Specification**: Support for |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| the request message, causes the updated information to be delivered to the wireless communication device via a mobile radiotelephone network. | this dependent claim is seen, for example, at '838, 16:9-19, stating: "The information or message available to a paging transceiver 100 need not be static but instead may be dynamic. In other words, when a paging transceiver 100 is alerted that information is available, the information may be updated or otherwise change from the time the user was alerted. As an example, the user may receive a weather alert and by the time the user decides to receive the information the information would be updated to reflect further weather conditions. The identifier for the information therefore does not limit the content that may be stored as the information available to the user." |
| 99. (New) The method of claim 9, wherein the data signal further indicates a time the content is available. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 15:3-6, stating "With the system 30 and paging transceiver 100, the paging transceiver 100 can notify a user of a message without receiving the entire message. The user can then decide to act upon the message at a time convenient to the user." *See also, e.g.,* '838 13:26-29, stating, "retrieval instruction may be sent from system 30 to paging transceiver 100 for causing the paging transceiver 100 to automatically retrieve a message or plurality of messages at a time designated by system 30." |
| 100. (New) The method of claim 9, wherein the content provider receives the information identifier from an identification service. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 6:49-56, stating "The type of data exchanged includes, but is not limited to the following types of data, identification data, command data, and information data. The data supplied from the PSTN 35 may also be exchanged at step 43 with this data including data for identifying the caller and subscriber, such as, for example, Caller ID and DNIS |

18

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| | (Dialed Number <u>Identification Service</u>)." |
| | |
| <u>101. (New) The method of claim 9, wherein the request message is received at the identified location of the stored information.</u> | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, C12:62-13:3, stating: "When the retrieve message function is selected at 114, then at step 131 the message identifiers corresponding to messages to be returned are read from the CPU 27 memory for retrieving the message. Additionally, the CPU 27 may read message location information, system ID information, address information, message length information, and/or message type information as previously described. At step 132, the CPU 27 determines the location of the message and determines if a call to system 30 is required."<br> *See also, e.g.,* '838, 18:30-37, stating "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message. For instance, system 30A may page the paging transceiver 100 and indicate that system 30B has a stored message. If the user selects the retrieve message function, then the paging transceiver 100 can contact system 30B through base station 34B to retrieve the desired message." |
| | |
| <u>102. (New) The method of claim 9, further comprising the content provider performing a command on the information received from the wireless communication device prior to transmitting the information to the wireless communication device.</u> | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 15:10-16, stating: "After the user has been notified, the user can then control the paging transceiver 100 to retrieve the message from the system 30, to save the message at either the system 30 or paging transceiver 100, to forward the message to an indicated recipient, to reply to the message, or to erase the message from the paging transceiver or from the system 30." |
| | |
| <u>103. (New) The method of claim 102,</u> | **Status**: Pending |

APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| wherein the command is to delete, forward, or reply to the information. | **Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 15:10-16, stating: "After the user has been notified, the user can then control the paging transceiver 100 to retrieve the message from the system 30, to save the message at either the system 30 or paging transceiver 100, to forward the message to an indicated recipient, to reply to the message, or to erase the message from the paging transceiver or from the system 30." |
| 104. (New) The method of claim 9, wherein the data further includes a plurality of address identifiers corresponding to a plurality of mobile wireless communication devices. | **Status**: Pending <br> **Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838 C17:56-60, stating: "For other systems 30, however, the system 30 may want to broadcast a single message to a plurality of paging transceivers 100 whereby the transceiver ID may be a code that identifies a predefined group of paging transceivers 100." |
| 105. (New) The method of claim 9 wherein the location of the stored information establishes to a recipient the address of the particular system to which to respond. | **Status**: Pending <br> **Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 18:30-33, stating: "From the system ID information, the paging transceiver 100 can determine which system 30 it needs to respond to in order to act upon a message." See also, e.g., '838, 17:48-49, stating: "The system ID information may be an address code." |
| 106. (New) The method of claim 9, wherein the information identifier is encoded and identifies directly or indirectly the stored information and its location. | **Status**: Pending <br> **Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 17:65-18:1, stating: "The message identification may identify the message with a unique code, such as a number, or may specify the address in system 30 for the message. Thus, information identifier may be a "code" (i.e., encoded) and may identify the message or content either with an address in system 30 or, indirectly, with a number. |

20

## APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
|---|---|
| 107. (New) The method of claim 9, wherein the content provider initiating communication of data intended for the wireless communication device comprises the content provider electronically communicating the data to the notification system via the Internet. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 17:12-16, stating: "The systems 30 and base stations 34 may communicate with each other through the PSTN 35 or through links or lines other than or in addition to the PSTN 35, such as through an SS7 backbone of a wireless network or through the Internet." |
| 108. (New) The method of claim 9, wherein at least a portion of the data for which the content provider initiates communication may be determined from a directory service. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 19:22-26, stating: "Moreover, the data transmissions 201 between systems 30 may occur over the Internet. These transmissions, for instance, may be formatted according to the Voice Profile for Internet Mail (VPIM) and the addresses of the transceivers 100 may be determined from an open directory service, such as the Lightweight Directory Access Protocol (LDAP) or X.500." |
| 109. (New) The method of claim 9, wherein the content provider causing the content notification system to process the data into a message suitable for transmission to the wireless communication device comprises causing the notification system format the data as short message for transmission via SMS. | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at '838, 18:26-30, stating: "The information transmitted to the paging transceiver 100, with reference to FIG. 7, may be inserted into a short message transmitted to the user at step 98." *See also, e.g.,* '838, 8:11-17, stating: "For instance, the data may be communicated over a paging system, a cellular system having short message service capabilities, such as GSM-SMS, a Cellular Digital Packet Data (CDPD) system, Personal Communications Services, or any other type of mobile radiotelephone system or communication system." |
| 110. (New) The method of claim 9, wherein the content provider receiving a request message that is wirelessly transmitted from the | **Status**: Pending<br>**Support in '838 Specification**: Support for this dependent claim is seen, for example, at |

21

## APPENDIX 1

| Proposed Claim Amendments of U.S. Patent No. 7,280,838 (Control No. 90/009,883) Status of Claims and Support for Claim Changes Pursuant to 37 C.F.R. 1.530(e) | |
| --- | --- |
| wireless communication device over the mobile radiotelephone network as a reply to the message comprises receiving a request from the wireless communication device in response to receipt of the message to receive the content. | '838, 2:64-3:9, stating: "A need therefore exists for a paging transceiver that can notify a user of a message without automatically generating a reply message or acknowledgment to the base station. * * * The present invention solves the problems described above with methods and systems for selective paging. A paging system notifies a paging transceiver that a message has been received but does not initially transmit the associated message. The user, upon being notified of the message, can then download the entire message at a time convenient to the user, which allows the user to download messages at less-expensive off-peak hours and allows the user to place the paging transceiver at a location where it can easily receive the message and reply to the message." *See also,* *e.g.,* '838, 10:63-66, stating: "The data that is exchanged at step 135 includes a request signal that is sent from the paging transceiver 100 to the system 30 specifying the desired action and the particular information or message." |